# EXHIBIT A

WWR # 040396340

IN THE COURT OF COMMON PLEAS
SUMMIT COUNTY, OHIO

| | | |
|---|---|---|
| BABCOX MEDIA, INC. | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| vs. | ) | |
| TFI ENVISION, INC., ET AL. | ) | **PRAECIPE** |
| Defendants | ) | |

**TO THE CLERK:**

Please issue Summons and Complaint to the following Defendants via Certified Mail:

TFI ENVISION, INC.
111 WESTPORT AVENUE
NORWALK, CT 06851

HILLCORP., LLC.
311 WEST 43RD STREET, SUITE 14-131
NEW YORK, NY 10019

Respectfully Submitted By:

WELTMAN, WEINBERG & REIS CO., L.P.A.

SCOTT S. WELTMAN #0044173
Attorney for Plaintiff
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113
Phone: (216) 685-1032
Fax: (216) 363-6914
Email: sweltman@weltman.com

WWR #040396340

IN THE COURT OF COMMON PLEAS
SUMMIT COUNTY, OHIO

BABCOX MEDIA, INC.
3550 EMBASSY PARKWAY
AKRON, OH 44333

Plaintiff

vs.

TFI ENVISION, INC.
111 WESTPORT AVENUE
NORWALK, CT 06851

HILLCORP., LLC.
311 WEST 43RD STREET, SUITE 14-131
NEW YORK, NY 10019

Defendants

CASE NO.

JUDGE:

**COMPLAINT**

1. Plaintiff is a magazine publisher whose business includes sales of advertising in its magazines.

2. The Defendants are advertising agencies and / or media buyers for its various clients.

3. Pursuant to insertion orders, copies of which are attached hereto as Exhibits "1," "2," "3," "4," "5" and "6," the Defendants purchased ads in Plaintiff's publication.

4. Despite having been paid by its advertising clients, the Defendants have failed to pay the outstanding balance due for the applicable advertisements pursuant to the insertion orders.

5. The outstanding balance due and owing by the Defendants to the Plaintiff is $113,106.86. The difference between the invoice totals and the outstanding balance due are partial payments that have been made by the Defendants to the Plaintiff.

6. The outstanding balance due is accruing interest at the statutory rate from the date the last invoice was due, or January 31, 2019.

WHEREFORE, the Plaintiff prays for a Judgment against the Defendants, TFI Envision, Inc. and hillCorp, LLC., jointly and severally, in the amount of $113,106.86, together with interest at the statutory rate per annum from January 31, 2019, and costs of the within proceedings, and any other further legal and/or equitable relief that this Court deems just and/or fit.

WELTMAN, WEINBERG & REIS CO., L.P.A.

SCOTT S. WELTMAN #0044173
Attorney for Plaintiff
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH 44113
Phone: (216) 685-1032
Fax: (216) 363-6914
Email: sweltman@weltman.com

HILLSTORY | MEDIA
1776 Broadway | Suite 1610 | New York, NY 10019

TFI envision
THE CONNECTION TO CONVERSION AGENCY

# INSERTION ORDER - WEBSITE PLACEMENTS

| | | | |
|---|---|---|---|
| **Order Ref. #:** | SMPBA8020518 3 | **Date:** | 4/20/18 **Revised** |
| **Advertiser:** | Standard Motor Products | **Vendor:** | Babcox Media, Inc. |
| **Contact:** | Sean Jareck | **Contact:** | Mike Maleski |
| **Phone:** | 212.246.5520 | **Phone:** | 330-670-1234 x219 |
| **Email:** | sjareck@hillstory com | **Email:** | mmaleski@babcox.com |

**See Media Plan Incorporated Herein For Details On Ad Placement.**

**Payment Due Date:** Net 30 Days
**Total Payment Due:** $70,759.95

**hillSTORY Authorized Signature:** *Sean Jareck*

| IO# IOSMP2018 | Publication / Placement | Issue / Run Date | Space Closing | Material Closing | Unit | Position | Digital Media | Gross Media Cost (USD) | Length of Placement | Impressions |
|---|---|---|---|---|---|---|---|---|---|---|
| 0300-02 | AftermarketNews.com | March | 2/1/18 | 2/15/18 | 300x250 | Fixed Pos. C | Website | $1,100.00 | 1 month | 42,000 |
| 0300-03 | AftermarketNews.com | May | 4/2/18 | 4/16/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 month | 42,000 |
| 0300-04 | AftermarketNews.com | June | 5/1/18 | 5/15/18 | 300x250 | Fixed Pos. C | Website | $1,100.00 | 1 month | 42,000 |
| 0300-05 | AftermarketNews.com | October | 8/31/18 | 9/14/18 | 300x250 | Fixed Pos. C | Website | $1,100.00 | 1 month | 42,000 |
| 0300-06 | AftermarketNews.com | November | 10/1/18 | 10/15/18 | 300x250 | Fixed Pos. B | Website | $1,100.00 | 1 month | 42,000 |
| 0310-03 | AftermarketNews.com (Premium Pushdown) | 7/23/18-7/29/18 | 6/18/18 | 7/2/18 | 900x450, 900x150 | Top of Page | Website | $1,100.00 | 1 week Block | 18,000 |
| 0310-04 | AftermarketNews.com (Premium Pushdown) | 8/27/18-9/2/18 | 7/23/18 | 8/6/18 | 900x450, 900x150 | Top of Page | Website | $1,100.00 | 1 week Block | 18,000 |
| 0310-05 | AftermarketNews.com (Premium Pushdown) | 9/17/18-9/23/18 | 8/13/18 | 8/27/18 | 900x450, 900x150 | Top of Page | Website | $1,100.00 | 1 week Block | 18,000 |
| 0310-06 | AftermarketNews.com (Premium Pushdown) | 11/19/18-11/25/18 | 10/15/18 | 10/29/18 | 900x450, 900x150 | Top of Page | Website | $1,100.00 | 1 week Block | 18,000 |
| 0320-03 | BrakeAndFrontEnd.com | March | 2/1/18 | 2/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 month | 27,000 |
| 0320-04 | BrakeAndFrontEnd.com | April | 3/1/18 | 3/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 month | 27,000 |
| 0320-05 | BrakeAndFrontEnd.com | June | 5/1/18 | 5/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 month | 27,000 |
| 0320-06 | BrakeAndFrontEnd.com | July | 6/1/18 | 6/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 month | 27,000 |
| 0320-07 | BrakeAndFrontEnd.com | September | 8/1/18 | 8/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 month | 27,000 |
| 0320-08 | BrakeAndFrontEnd.com | November | 10/1/18 | 10/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 month | 27,000 |
| 0321-01 | BrakeAndFrontEnd.com VIDEO | May | 3/1/18 | 4/2/18 | Video Sponsorship | Video | Website | $5,038.00 | 1 month | 73,000 |
| 0321-02 | BrakeAndFrontEnd.com VIDEO | October | 8/1/18 | 8/31/18 | Video Sponsorship | Video | Website | $4,407.00 | 1 month | 73,000 |
| 0330-03 | Counterman.com | March | 2/1/18 | 2/15/18 | 300x250 | Fixed Pos. B | Website | $1,100.00 | 1 month | 27,000 |
| 0330-04 | Counterman.com | April | 3/1/18 | 3/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 month | 27,000 |
| 0330-05 | Counterman.com | July | 6/1/18 | 6/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 month | 27,000 |
| 0330-06 | Counterman.com | August | 7/2/18 | 7/16/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 month | 27,000 |
| 0330-07 | Counterman.com | September | 8/1/18 | 8/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 month | 27,000 |
| 0330-08 | Counterman.com | October | 8/31/18 | 9/14/18 | 300x250 | Fixed Pos. B | Website | $1,100.00 | 1 month | 27,000 |
| 0330-09 | Counterman.com | November | 10/1/18 | 10/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 month | 27,000 |
| 0330-11 | Counterman.com PARALLAX | 7/23/18-7/29/18 | 6/25/18 | 7/9/18 | 700x1000, 700x250 | ROS | Website | $1,100.00 | 1 Week | 8,000 |
| 0330-12 | **Counterman.com Premium Pushdown** | **5/21/18-5/27/18** | **4/16/18** | **4/30/18** | **900x450, 900x150** | **Top of Page** | **Website** | **$1,100.00** | **1 week Block** | **TBD** |
| 0340-03 | Import-Car.com | March | 2/1/18 | 2/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 37,000 |
| 0340-04 | Import-Car.com | May | 4/2/18 | 4/16/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 Month | 37,000 |
| 0340-05 | Import-Car.com | July | 6/1/18 | 6/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 Month | 37,000 |
| 0340-06 | Import-Car.com | August | 7/2/18 | 7/16/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 37,000 |
| 0340-07 | Import-Car.com | October | 8/31/18 | 9/14/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 Month | 37,000 |
| 0340-08 | Import-Car.com | November | 10/1/18 | 10/15/18 | 300x250 | Fixed Pos. B | Website | $1,100.00 | 1 Month | 37,000 |
| 0340-09 | Import-Car.com | December | 11/1/18 | 11/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 37,000 |
| 0341-01 | Import-Car.com VIDEO | June | 4/2/18 | 5/1/18 | Video Sponsorship | Video | Website | $5,038.00 | 1 Month | 40,000 |
| 0341-02 | Import-Car.com VIDEO | September | 7/2/18 | 8/1/18 | Video Sponsorship | Video | Website | $4,407.00 | 1 Month | 50,000 |
| 0350-03 | TireReview.com | March | 2/1/18 | 2/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 27,000 |
| 0350-04 | TireReview.com | May | 4/2/18 | 4/16/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 Month | 27,000 |
| 0350-05 | TireReview.com | June | 5/1/18 | 5/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 27,000 |
| 0350-06 | TireReview.com | July | 6/1/18 | 6/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 Month | 27,000 |
| 0350-07 | TireReview.com | September | 8/1/18 | 8/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 27,000 |
| 0350-08 | TireReview.com | October | 8/31/18 | 9/14/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 Month | 27,000 |
| 0360-01 | TommorrowsTechnician.com | March | 2/1/18 | 2/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 45,000 |
| 0360-02 | TommorrowsTechnician.com | April | 3/1/18 | 3/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 Month | 45,000 |
| 0360-03 | TommorrowsTechnician.com | May | 4/2/18 | 4/16/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 45,000 |
| 0360-04 | TommorrowsTechnician.com | June | 5/1/18 | 5/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 Month | 45,000 |
| 0360-05 | TommorrowsTechnician.com | July | 6/1/18 | 6/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 45,000 |
| 0360-06 | TommorrowsTechnician.com | September | 8/1/18 | 8/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 Month | 45,000 |
| 0361-01 | TommorrowsTechnician.com WEBINAR | October | 7/2/18 | 8/1/18 | Webinar Sponsor | Webinar | Website | $8,250.00 | 1 Month | TBD |

EXHIBIT

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| D370-02 | UnderhoodService.com | March | 2/1/18 | 2/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 Month | 95,000 |
| D370-03 | UnderhoodService.com | June | 5/1/18 | 5/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 Month | 95,000 |
| D370-04 | UnderhoodService.com | July | 6/1/18 | 6/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 95,000 |
| D371-01 | UnderhoodService.com (Premium Pushdown) | 4/30/18 5/6/18 | 3/26/18 | 4/3/18 | 900x450, 900x150 | Top of Page | Website | $1,100.00 | 1 Month | 95,000 |
| D371-02 | UnderhoodService.com VIDEO | October | 8/1/18 | 8/31/18 | Video Sponsorship | Video | Website | $4,207.00 | 1 Month | [illegible],000 |

**Total Net Media Cost:** **$70,759.95**

## ADDITIONAL INSTRUCTIONS

| Send Invoices To: | | | Creative Agency: | | |
|---|---|---|---|---|---|
| **hillSTORY Media** | **Contact:** | Sean Jareck | **TFI Envision, Inc.** | **Contact:** | Catherine Smith |
| **1776 Broadway Suite 1610** | **Phone:** | 212.246.5520 | **111 Westport Avenue** | **Phone:** | 203.845.0700 x10 |
| **New York, NY 10019** | **Email:** | sjareck@hillstory.com | **Norwalk, CT 06851** | **Email:** | catherine@tfienvision.com |

## TERMS

Materials. Materials for each individual insertion will be sent directly from the advertiser to the publisher by the Materials Due Date listed above unless otherwise specified.

Invoices. All invoices must be sent to hillSTORY Media only at the address above and NOT to advertiser. Include IO Number on all invoices, otherwise invoice will be sent back without processing.

Other terms. hillSTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser who is solely responsible for payment of this order. hillSTORY Media will bill the advertiser and, upon receipt of payment due, will remit the amount due to media vendor upon payment due date. If hillSTORY Media does not receive payment from the advertiser before the Materials Due Date, then it may cancel this order immediately upon notice and without further obligation to publisher. This IO is for a one time order only and hillSTORY Media may change, modify or cancel any or all parts of this IO without penalty upon written notice (via email, facsimile, or otherwise) to publisher on or prior to space closing and will have no further obligation to publisher. Any unauthorized or incorrect insertions will be the responsibility of the media vendor and not hillSTORY Media or advertiser. If the advertisement runs incorrectly due to any fault of the media vendor neither hillSTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this IO, the media vendor understands and agrees to be bound by all terms and conditions contained in this IO. No verbal agreements are recognized by the parties. This is the complete and exclusive understanding of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents or correspondence shall apply.

hIIISTORY | MEDIA
1776 Broadway | Suite 1610 | New York, NY | 10019

## INSERTION ORDER

| | | | |
|---|---|---|---|
| **Order Ref. #:** | SMPBAB122017 | **Date:** | 12/21/17 |
| **Advertiser:** | Standard Motor Products | **Vendor:** | Babcox Media, Inc. |
| **Contact:** | Sean Jareck | **Contact:** | Mike Maleski |
| **Phone:** | 212.246.5520 | **Phone:** | 330-670-1234 x219 |
| **Email:** | sjareck@hllistory.com | **Email:** | mmaleski@babcox.com |

**See Media Plan Incorporated Herein For Details On Ad Placement.**

**Payment Due Date:** Net 30 Days
**Total Payment Due:** $10,285.00

**hIISTORY Authorized Signature:** Sean Jareck

| ID# | Publication / Placement | Issue / Run Date | Space Closing | Material Closing | Unit | Position | Media | Gross Media Cost (USD) | Editorial | # Ins / Length of Placement | Circ / Imps | E-News. Subs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IOSMP2018D30-01 | aftermarketNews Daily Newsletter | 1/16/18-1/31/18 | 12/20/17 | 1/8/18 | 605x80 JPG, GIF, or PNG Click-thru URL | Pos. 4 | Digital | $1,100.00 | n/a | 1x 2-week Block | --- | 8,200 |
| IOSMP2018D31-01 | aftermarketNews Global Newsletter | 1/2/18-1/15/18 | 12/20/17 | 12/22/17 | 300x250 JPG, GIF, or PNG Click-thru URL | Pos. 1 | Digital | $1,100.00 | n/a | 1x 2-week Block | --- | 16,000 |
| IOSMP2018D31-02 | aftermarketNews Global Newsletter | 1/16/18-1/31/18 | 12/20/17 | 1/5/18 | 300x250 JPG, GIF, or PNG Click-thru URL | Pos. 1 | Digital | $0.00 | n/a | 1x 2-week Block | --- | 16,000 |
| IOSMP2018D300-01 | AftermarketNews.com | January | 12/20/17 | 12/22/17 | 728x90 | Pos. C | Digital | $1,100.00 | n/a | 1-Month | 42,000 | -- |
| IOSMP2018D320-01 | BrakeAndFrontEnd.com | January | 12/20/17 | 12/22/17 | 728x90 | Pos. B | Digital | $1,100.00 | n/a | 1-Month | 27,000 | -- |
| IOSMP2018D32-01 | Brake & Front End Newsletter | 1/8/18-1/15/18 | 12/14/17 | 12/22/17 | 300x250 JPG, GIF, or PNG - Click-thru URL | Pos. 1 | Digital | $1,100.00 | n/a | 1-Week (Mon) | --- | 24,065 |
| IOSMP2018D330-01 | Counterman.com | January | 12/20/17 | 12/22/17 | 728x90 | Dynamic | Digital | $1,100.00 | n/a | 1-Month | 27,000 | -- |
| IOSMP2018D330-10 | Counterman.com Parallax | 1/15/18-1/21/18 | 12/20/17 | 1/5/18 | Parallax: 700x1000 Scrolls thru a 700x250 window | ROS | Digital | $1,100.00 | n/a | 1-Week | 8,000 | -- |
| IOSMP2018D340-01 | Import-Car.com | January | 12/20/17 | 12/22/17 | 728x90 | Pos. A | Digital | $1,100.00 | n/a | 1-Month | 37,000 | . |
| IOSMP2018D35-01 | Tire Review Newsletter | January | 12/20/17 | 12/22/17 | 300x250 | Pos. 2 | Digital | $1,100.00 | n/a | 1-Month | | 17,762 |
| IOSMP2018D350-01 | TireReview.com | January | 12/20/17 | 12/22/17 | 728x90 | Pos. A | Digital | $1,100.00 | n/a | 1-Month | 27,000 | -- |
| IOSMP2018D37-01 | Underhood Service Newsletter | 1/15/18-1/21/18 | 12/20/17 | 1/5/18 | 300x250 JPG, GIF, or PNG Click-thru URL | Pos. 2 | Digital | $1,100.00 | n/a | 1-Week Block | --- | 26,382 |

**Total Net Media Cost:** $10,285.00

## ADDITIONAL INSTRUCTIONS

**Send Invoices To:**
hIISTORY Media
1776 Broadway Suite 1610
New York, NY 10019

**Contact:** Sean Jareck
**Phone:** 212.246.5520
**Email:** sjareck@hllistory.com

**Creative Agency:**
TFI Envision, Inc.
111 Westport Avenue
Norwalk, CT 06851

**Contact:** Catherine Smith
**Phone:** 203.845.0700 x30
**Email:** catherine@tfienvision.com

## TERMS

Materials: Materials for each individual insertion will be sent directly from the advertiser to the publisher by the Materials Due Date listed above unless otherwise specified.

Invoices. All invoices must be sent to hIISTORY Media only at the address above and NOT to advertiser. Include PO Number on all invoices, otherwise invoice will be sent back without processing.

Other Terms. hIISTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser, who is solely responsible for payment of this order. hIISTORY Media will bill the advertiser and, upon receipt of payment due, will remit the amount due to media vendor upon payment due date. If hIISTORY Media does not receive payment from the advertiser before the Materials Due Date, then it may cancel this order immediately upon notice and without further obligation to publisher. This PO is for a one time insertion order only. Any unauthorized or incorrect insertions will be the responsibility of the media vendor and not hIISTORY Media or advertiser. If the advertisement runs incorrectly due to any fault of the media vendor neither hIISTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this PO, the media vendor understands and agrees to be bound by all terms and conditions contained in this PO. No verbal agreements are recognized by the parties. This is the complete and exclusive understanding of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents or correspondence shall apply.

EXHIBIT 2

hIISTORY | MEDIA
1776 Broadway | Suite 1610 | New York, NY | 10019

TFI | envision.

## INSERTION ORDER

| | | | |
|---|---|---|---|
| **Order Ref. #:** | SMPBAB011018 | **Date:** | 1/12/18 |
| **Advertiser:** | Standard Motor Products | **Vendor:** | Babcox Media, Inc. |
| **Contact:** | Sean Jareck | **Contact:** | Mike Maleski |
| **Phone:** | 212.246.5520 | **Phone:** | 330-670-1234 x219 |
| **Email:** | sjareck@hiistory.com | **Email:** | mmaleski@babcox.com |

**See Media Plan Incorporated Herein For Details On Ad Placement.**

**Payment Due Date:** Net 30 Days
**Total Payment Due:** $17,323.00

**hIISTORY Authorized Signature:** Sean Jareck

| IO# (OMP2018) | Publication / Placement | Issue / Run Date | Space Closing | Material Closing | Unit | Position | Media | Gross Media Cost | Editorial | # Ins / Length of Placement | Circ / Imps | E-News Subs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D30-02 | aftermarketNews Daily Newsletter | 2/16/18-2/28/18 | 1/15/18 | 2/1/18 | 605x80 | Pos. 8 | Digital | $1,100.00 | --- | 1x 2-week Block | --- | 8,300 |
| D31-03 | aftermarketNews Global Newsletter | 2/1/18-2/15/18 | 1/2/18 | 1/15/18 | 300x250 | Pos. 1 | Digital | $1,100.00 | --- | 1x 2-week Block | --- | 16,000 |
| D31-04 | aftermarketNews Global Newsletter | 2/16/18-2/28/18 | 1/15/18 | 2/1/18 | 300x250 | Pos. 1 | Digital | $0.00 | --- | 1x 2-week Block | --- | 16,000 |
| D310-01 | AftermarketNews.com (Premium Pushdown) | 2/26/18-3/4/18 | 1/22/18 | 2/5/18 | Pushdown: 900x450, 900x150 | Top of Page | Digital | $1,100.00 | --- | 1 week Block | 18,000 | --- |
| D32-02 | Brake & Front End Newsletter | 2/1/18-2/14/18 | 1/4/18 | 1/18/18 | 300x250 | Pos. 3 in Wk 1; Pos. 1 in Wk 2 | Digital | $1,100.00 | --- | 1-Week (Thu) | --- | 24,065 |
| D320-02 | BrakeAndFrontEnd.com | February | 1/2/18 | 1/15/18 | 728x90 | Dynamic | Digital | $1,100.00 | --- | 1 month | 27,000 | --- |
| D33-01 | Counterman Newsletter | 2/16/18-2/28/18 | 1/15/18 | 2/1/18 | 300x250 | Pos. 4 | Digital | $1,100.00 | --- | 1x 2-week Block | --- | 74,000 |
| D330-02 | Counterman.com | February | 1/2/18 | 1/15/18 | 728x90 | Dynamic | Digital | $1,100.00 | --- | 1 month | 27,000 | --- |
| D340-02 | Import-Car.com | February | 1/2/18 | 1/15/18 | 728x90 | Dynamic | Digital | $1,100.00 | --- | 1 Month | 37,000 | --- |
| D35-02 | Tire Review Newsletter | February | 1/2/18 | 1/15/18 | 300x250 | Pos. #4 | Digital | $1,100.00 | --- | 1 Month | --- | 17,762 |
| D350-02 | TireReview.com | February | 1/2/18 | 1/15/18 | 728x90 | Pos. A | Digital | $1,100.00 | --- | 1 Month | 27,000 | --- |
| D37-02 | Underhood Service Newsletter | 2/5/18-2/11/18 | 1/5/18 | 1/15/18 | 300x250 | Pos. 1 | Digital | $1,100.00 | --- | 1 week Block | --- | 78,382 |
| D37-03 | Underhood Service Newsletter | 2/26/18-3/4/18 | 1/26/18 | 2/5/18 | 300x250 | Pos. 4 1 | Digital | $1,100.00 | --- | 1 week Block | --- | 78,382 |
| D370-01 | UnderhoodService.com | February | 1/2/18 | 1/15/18 | 728x90 | Dynamic | Digital | $1,100.00 | --- | 1 Month | 95,000 | --- |
| P34-01 | ImportCar | February | 1/23/18 | 1/30/18 | P4C | RHP adjacent to TPMS Editorial | Print | $3,040.00 | TPMS Tech: Audi | 1 | 27,075 | --- |
| P35-01 | Tire Review | February | 1/18/18 | 1/23/18 | P4C | RHP adjacent to TPMS Editorial | Print | $3,040.00 | Tire Focus: Winter Tires + Tire Service 101: Rotation | 1 | 32,229 | --- |

**Total Net Media Cost:** $17,323.00

## ADDITIONAL INSTRUCTIONS

**Send Invoices To:**
hIISTORY Media
1776 Broadway Suite 1610
New York, NY 10019

Contact: Sean Jareck
Phone: 212 246.5520
Email: sjareck@hiistory.com

**Creative Agency:**
TFI Envision, Inc.
111 Westport Avenue
Norwalk, CT 06851

Contact: Catherine Smith
Phone: 203.845.0700 x10
Email: catherine@tfienvision.com

## TERMS

Materials: Materials for each individual insertion will be sent directly from the advertiser to the publisher by the Materials Due Date listed above unless otherwise specified.

Invoices: All invoices must be sent to hIISTORY Media only at the address above and NOT to advertiser. Include PO Number on all invoices, otherwise invoice will be sent back without processing.

Other Terms: hIISTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser, who is solely responsible for payment of this order. hIISTORY Media will bill the advertiser and, upon receipt of payment due, will remit the amount due to media vendor upon payment due date. If hIISTORY Media does not receive payment from the advertiser before the Materials Due Date, then it may cancel this order immediately upon notice and without further obligation to publisher. This PO is for a one time insertion order only. Any unauthorized or incorrect insertions will be the responsibility of the media vendor and not hIISTORY Media or advertiser. If the advertisement runs incorrectly due to any fault of the media vendor neither hIISTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this PO, the media vendor understands and agrees to be bound by all terms and conditions contained in this PO. No verbal agreements are recognized by the parties. This is the complete and exclusive understanding of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents or correspondence shall apply.

EXHIBIT 3

# hillSTORY | MEDIA

1776 Broadway | Suite 1610 | New York, NY | 10019

## INSERTION ORDER - NEWSLETTER PLACEMENTS

**Order Ref. #:** SMPBAB020518-2
**Advertiser:** Standard Motor Products
**Contact:** Sean Jareck
**Phone:** 212.246.5520
**Email:** sjareck@hillstory.com

**Date:** 2/5/18 Revised
**Vendor:** Babcox Media, Inc.
**Contact:** Mike Maleski
**Phone:** 330-670-1234 x219
**Email:** mmaleski@babcox.com

**See Media Plan Incorporated Herein For Details On Ad Placement.**

**Payment Due Date:** Net 30 Days
**Total Payment Due:** $68,255.00

**hillSTORY Authorized Signature:** Sean Jareck

| ID# HSMP2018 | Publication / Placement | Issue / Run Date | Space Closing | Material Closing | Units | Position | Digital Media | Gross Media Cost (USD) | Length of Placement | [illegible] |
|---|---|---|---|---|---|---|---|---|---|---|
| 030-03 | aftermarketNews Daily Newsletter | 3/16/18-3/31/18 | 2/15/18 | 2/20/18 | 605x80 or Text ad | Pos. 8 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| 030-04 | aftermarketNews Daily Newsletter | 5/1/18-5/15/18 | 4/2/18 | 4/17/18 | 605x80 or Text ad | Pos. 6 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| 030-05 | aftermarketNews Daily Newsletter | 6/1/18-6/15/18 | 5/1/18 | 5/15/18 | 605x80 or Text ad | Pos. 9 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| 030-06 | aftermarketNews Daily Newsletter | 7/16/18-7/31/18 | 6/15/18 | 6/29/18 | 605x80 or Text ad | Pos. 6 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| 030-07 | aftermarketNews Daily Newsletter | 9/16/18-9/30/18 | 8/16/18 | 8/31/18 | 605x80 or Text ad | Pos. 8 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| 030-08 | aftermarketNews Daily Newsletter | 10/16/18-10/31/18 | 9/17/18 | 10/1/18 | 605x80 or Text ad | Pos. 4 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| 030-09 | aftermarketNews Daily Newsletter | 11/1/18-11/15/18 | 10/1/18 | 10/15/18 | 605x80 or Text ad | Pos. 10 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| 031-05 | aftermarketNews Global Newsletter | [illegible] | 2/1/18 | 2/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| 031-06 | aftermarketNews Global Newsletter | [illegible]3/31/18 | 2/26/18 | 2/28/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| 031-07 | aftermarketNews Global Newsletter | 4/1/18-4/15/18 | 3/1/18 | 3/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| 031-08 | aftermarketNews Global Newsletter | 4/16/18-4/30/18 | 3/16/18 | 4/2/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| 031-09 | aftermarketNews Global Newsletter | 5/1/18-5/15/18 | 4/2/18 | 4/17/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1 100.00 | 1x 2-week Block | 16,000 |
| 031-10 | aftermarketNews Global Newsletter | 5/16/18-5/31/18 | 4/16/18 | 5/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| 031-11 | aftermarketNews Global Newsletter | 6/1/18-6/15/18 | 5/1/18 | 5/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| 031-12 | aftermarketNews Global Newsletter | 6/16/18-6/30/18 | 5/16/18 | 6/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| 031-13 | aftermarketNews Global Newsletter | 7/1/18-7/15/18 | 6/1/18 | 6/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| 031-14 | aftermarketNews Global Newsletter | 7/16/18-7/31/18 | 6/15/18 | 7/2/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| 031-15 | aftermarketNews Global Newsletter | 8/1/18-8/15/18 | 7/2/18 | 7/16/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| 031-16 | aftermarketNews Global Newsletter | 8/16/18-8/31/18 | 7/16/18 | 8/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| 031-17 | aftermarketNews Global Newsletter | 9/1/18-9/15/18 | 8/1/18 | 8/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| 031-18 | aftermarketNews Global Newsletter | 9/16/18-9/30/18 | 8/16/18 | 8/31/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| 031-19 | aftermarketNews Global Newsletter | 10/1/18-10/15/18 | 8/30/18 | 9/14/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| 031-20 | aftermarketNews Global Newsletter | 10/16/18-10/31/18 | 9/17/18 | 10/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| 031-21 | aftermarketNews Global Newsletter | 11/1/18-11/15/18 | 10/1/18 | 10/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| 031-22 | aftermarketNews Global Newsletter | 11/16/18-11/30/18 | 10/16/18 | 11/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| 031-23 | aftermarketNews Global Newsletter | 12/1/18-12/15/18 | 11/1/18 | 11/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| 031-24 | aftermarketNews Global Newsletter | 12/16/18-12/31/18 | 11/16/18 | 11/30/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| 032-03 | Brake & Front End Newsletter | 3/12/18-3/18/18 | 2/12/18 | 2/26/18 | 300x250 or Text ad | Pos. 4 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| 032-04 | Brake & Front End Newsletter | 4/2/18-4/8/18 | 3/5/18 | 3/19/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| 032-05 | Brake & Front End Newsletter | 4/30/18-5/6/18 | 4/2/18 | 4/16/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| 032-06 | Brake & Front End Newsletter | 6/11/18-6/17/18 | 5/14/18 | 5/28/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| 032-07 | Brake & Front End Newsletter | 7/16/18-7/22/18 | 6/18/18 | 7/2/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| 032-08 | Brake & Front End Newsletter | 8/20/18-8/26/18 | 7/23/18 | 8/6/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| 032-09 | Brake & Front End Newsletter | 9/10/18-9/16/18 | 8/13/18 | 8/27/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| 032-10 | Brake & Front End Newsletter | 9/24/18-9/30/18 | 8/27/18 | 9/10/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| 032-11 | Brake & Front End Newsletter | 10/15/18-10/21/18 | 9/17/18 | 10/1/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| 032-12 | Brake & Front End Newsletter | 11/5/18-11/11/18 | 10/8/18 | 10/22/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| 033-02 | Counterman Newsletter | [illegible] | 2/16/18 | 2/28/18 | 300x250 or Text ad | Pos. 7 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| 033-03 | Counterman Newsletter | 4/1/18-4/15/18 | 3/1/18 | 3/15/18 | 300x250 or Text ad | Pos. 4 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| 033-04 | Counterman Newsletter | 4/16/18-4/30/18 | 3/16/18 | 4/2/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| 033-05 | Counterman Newsletter | 5/1/18-5/15/18 | 4/2/18 | 4/17/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| 033-06 | Counterman Newsletter | 5/16/18-5/31/18 | 4/16/18 | 5/1/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| 033-07 | Counterman Newsletter | 6/1/18-6/15/18 | 5/1/18 | 5/15/18 | 300x250 or Text ad | Pos. 3 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| 033-08 | Counterman Newsletter | 6/16/18-6/30/18 | 5/16/18 | 6/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| 033-09 | Counterman Newsletter | 7/16/18-7/31/18 | 6/15/18 | 7/2/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| 033-10 | Counterman Newsletter | 8/16/18-8/31/18 | 7/16/18 | 8/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| 033-11 | Counterman Newsletter | 9/16/18-9/30/18 | 8/16/18 | 8/31/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| 033-12 | Counterman Newsletter | 10/16/18-10/31/18 | 9/17/18 | 10/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| 034-01 | ImportCar Newsletter | [illegible] | 2/5/18 | 2/19/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| 034-02 | ImportCar Newsletter | [illegible] | 2/26/18 | 3/12/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| 034-03 | ImportCar Newsletter | 4/2/18-4/8/18 | 3/5/18 | 3/19/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| 034-04 | ImportCar Newsletter | 4/23/18-4/29/18 | 3/26/18 | 4/9/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| 034-05 | ImportCar Newsletter | 5/7/18-5/13/18 | 4/9/18 | 4/23/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| 034-06 | ImportCar Newsletter | 6/4/18-6/10/18 | 5/7/18 | 5/21/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |

EXHIBIT 4

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| D34-07 | ImportCar Newsletter | 6/18/18-6/24/18 | 5/21/18 | 6/4/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-08 | ImportCar Newsletter | 7/9/18-7/15/18 | 6/11/18 | 6/25/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-09 | ImportCar Newsletter | 8/13/18-8/19/18 | 7/16/18 | 7/30/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-10 | ImportCar Newsletter | 9/3/18-9/9/18 | 8/6/18 | 8/20/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-11 | ImportCar Newsletter | 9/24/18-9/30/18 | 8/27/18 | 9/10/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-12 | ImportCar Newsletter | 10/15/18-10/21/18 | 9/17/18 | 10/1/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 21,418 |
| D34-13 | ImportCar Newsletter | 10/29/18-11/4/18 | 10/1/18 | 10/15/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 21,418 |
| D34-14 | ImportCar Newsletter | 11/5/18-11/11/18 | 10/8/18 | 10/22/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 21,418 |
| D35-03 | Tire Review Newsletter | April | 3/1/18 | 3/15/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D35-04 | Tire Review Newsletter | May | 4/2/18 | 4/16/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D35-05 | Tire Review Newsletter | July | 6/1/18 | 6/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D35-06 | Tire Review Newsletter | August | 7/2/18 | 7/16/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D35-07 | Tire Review Newsletter | September | 8/1/18 | 8/15/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D35-08 | Tire Review Newsletter | October | 8/31/18 | 9/14/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D36-01 | Tomorrow's Tech Newsletter | April | 3/1/18 | 3/15/18 | 300x250 or Text ad | Pos. 6 | Newsletter | $1,100.00 | 1 Month | 16,000 |
| D36-02 | Tomorrow's Tech Newsletter | May | 4/2/18 | 4/16/18 | 300x250 or Text ad | Pos. 5 | Newsletter | $1,100.00 | 1 Month | 16,000 |
| D36-03 | Tomorrow's Tech Newsletter | June | 5/1/18 | 5/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 Month | 16,000 |
| D36-04 | Tomorrow's Tech Newsletter | September | 8/1/18 | 8/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 Month | 16,000 |
| D36-05 | Tomorrow's Tech Newsletter | October | 8/31/18 | 9/14/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 Month | 16,000 |
| D37-04 | Underhood Service Newsletter | 4/16/18-4/22/18 | 3/16/18 | 3/26/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-05 | Underhood Service Newsletter | 5/7/18-5/13/18 | 4/6/18 | 4/16/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-06 | Underhood Service Newsletter | 6/4/18-6/10/18 | 5/4/18 | 5/14/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-07 | Underhood Service Newsletter | 7/23/18-7/29/18 | 6/22/18 | 7/2/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-08 | Underhood Service Newsletter | 8/27/18-9/2/18 | 7/27/18 | 8/6/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-09 | Underhood Service Newsletter | 9/17/18-9/23/18 | 8/17/18 | 8/27/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-10 | Underhood Service Newsletter | 10/15/18-10/21/18 | 9/14/18 | 9/24/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-11 | Underhood Service Newsletter | 10/29/18-11/4/18 | 9/28/18 | 10/8/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-12 | Underhood Service Newsletter | 11/12/18-11/18/18 | 10/12/18 | 10/22/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-13 | Underhood Service Newsletter | 11/26/18-12/2/18 | 10/26/18 | 11/5/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-14 | Underhood Service Newsletter | 12/3/18-12/9/18 | 11/2/18 | 11/12/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| | **Total Net Media Cost:** | **$68,255.00** | | | | | | | | |

## ADDITIONAL INSTRUCTIONS

| Send Invoices To: | | | Creative Agency: | | |
|---|---|---|---|---|---|
| hIISTORY Media | Contact: | Sean Jareck | TFI Envision, Inc. | Contact: | Catherine Smith |
| 1776 Broadway Suite 1610 | Phone: | 212.246.5510 | 111 Westport Avenue | Phone: | 203 845.0700 x10 |
| New York, NY 10019 | Email: | sjareck@hiistory.com | Norwalk, CT 06851 | Email: | catherine@tfienvision.com |

## TERMS

Materials: Materials for each individual insertion will be sent directly from the advertiser to the publisher by the Materials Due Date listed above unless otherwise specified

Invoices: All invoices must be sent to hiISTORY Media only at the address above and NOT to advertiser. Include IO Number on all invoices, otherwise invoice will be sent back without processing.

Other Terms: hiISTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser, who is solely responsible for payment of this order. hiISTORY Media will bill the advertiser and, upon receipt of payment due, will remit the amount due to media vendor upon payment due date. If hiISTORY Media does not receive payment from the advertiser before the Materials Due Date, then it may cancel this order immediately upon notice and without further obligation to publisher. This IO is for a one time order only and hiISTORY Media may change, modify or cancel any or all parts of this IO without penalty upon written notice (via email, facsimile, or otherwise) to publisher on or prior to space closing and will have no further obligation to publisher. Any unauthorized or incorrect insertions will be the responsibility of the media vendor and not hiISTORY Media or advertiser. If the advertisement runs incorrectly due to any fault of the media vendor neither hiISTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this IO, the media vendor understands and agrees to be bound by all terms and conditions contained in this IO. No verbal agreements are recognized by the parties. This is the complete and exclusive understanding of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents or correspondence shall apply

hillSTORY | MEDIA
1776 Broadway | Suite 1610 | New York, NY | 10019

TFI | envision
THE CONNECTICUT CONVERSION AGENCY

# INSERTION ORDER - PRINT PLACEMENTS

| | | | |
|---|---|---|---|
| **Order Ref. #:** | SMPBA8020518 1 | Date: | 8/20/18 Revised |
| **Advertiser:** | Standard Motor Products | Vendor: | Babcox Media, Inc. |
| **Contact:** | Sean Jareck | Contact: | Mike Maleski |
| **Phone:** | 212 246 5520 | Phone: | 330 670 1234 x219 |
| **Email:** | sjareck@hillstory.com | Email: | mmaleski@babcox.com |

See Media Plan Incorporated Herein For Details On Ad Placement

**Payment Due Date** Net 30 Days
**Total Payment Due** $68,785 21

**hillSTORY Authorized Signature:** Sean Jareck

| IO# ICSM P2018 | Publication / Placement | Issue / Run Date | Space Closing | Material Closing | Unit | Position | Gross Media Cost (USD) | Editorial | Insertions | Circ / Impr |
|---|---|---|---|---|---|---|---|---|---|---|
| P10 01 | AAPEX Express (3 Issues) | October 30 November 1 | [illegible] | [illegible] | [illegible] | Opposite Synergistic Editorial OR RHP Front of Book | $5,695 [illegible] | TBD | 1 | [illegible] |
| P10 0[illegible] | AAPEX Product Plus | October 30 November 1 | [illegible] | [illegible] | F4C | Opposite Synergistic Editorial OR RHP Front of Book | [illegible] | TBD | 1 | [illegible] |
| P16 01 | AAPEX Show Guide + Exhibitor Spotlight | October 31 November 1 | [illegible] | [illegible] | F4C Company Logo, Product article (150 words, 1 photo, 1 logo) | Opposite Synergistic Editorial OR RHP Front of Book | $5,895 | TBD | 1 | [illegible] |
| P22 01 | Brake & Front End | July | [illegible] | 7/3/18 | F4C | Opposite Synergistic Editorial OR RHP Front of Book | $3,0[illegible] | Special Supplement: Maintenance Matters | 1 | 3[illegible] |
| P[illegible] 02 | Brake & Front End | September | 8/28/18 | 9/4/18 | F4C | Opposite Synergistic Editorial OR RHP Front of Book | $3,040.00 | Brake Job: Honda CR-V, TPMS Tech: BMW/Mini | 1 | 3[illegible] |
| P22 03 | Brake & Front End | October | 9/13/18 | 9/20/18 | F4C (Bonus) | Opposite Synergistic Editorial OR RHP Front of Book | $0.00 | Brake Job: Ford F-150, TPMS Tech, Ceramic Brake Pad Technology, Brake Rotor Safety Inspection | 1 | 3[illegible] |
| P15 01 | Counterman | March | 2/2[illegible]/18 | [illegible] | F4C | Opposite Synergistic Editorial OR RHP Front of Book | $4,0[illegible].00 | National Car Care Month, Maintenance Summit, Powertrain/Brake/Suspension/Electrical | 1 | 38,576 |
| P15 02 | Counterman | June | 5/30/18 | 6/6/18 | F4C | Opposite Synergistic Editorial OR RHP Front of Book | $3,040.00 | Program Group Outlook, Trends in Aftermarket, Counter View, Retail/Buy Now, TPMS | 1 | 38,576 |
| P15 [illegible] | Counterman | August | [illegible] | [illegible] | 2 RH Pages | Opposite Synergistic Editorial RHP Front of Book | $5,160 | Sales/Manufacture | | 38,576 |
| P15 [illegible] | Counterman | September | [illegible] | [illegible] | F4C | Adjacent to a specific [illegible] | [illegible] | [illegible] | | 38,576 |
| [illegible] | [illegible] | October | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | AAPEX Show [illegible] | | [illegible] |
| [illegible] | Counterman Take Over | September | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| P[illegible] | Counterman Tech Bank | October | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | AAPEX Issue; [illegible] Test Prep Guide | | [illegible] |
| P34 02 | ImportCar | June | [illegible] | [illegible] | F4C | Opposite Synergistic Editorial OR RHP Front of Book | [illegible] | [illegible] | | |
| P34 03 | ImportCar | October | 9/20/18 | 9/27/18 | F4C | Opposite Synergistic Editorial OR RHP Front of Book | $2,2[illegible].00 | Nissan CVT Transmission Service, TPMS Tech: Porsche | | [illegible] |
| P31 02 | Tire Review | August | 7/12/18 | 7/17/18 | F4C | Opposite TPMS Edit OR RHP in first 12 pages | $1,6[illegible].00 | Sourcebook 2019 | | [illegible] |
| P31 [illegible] | Tire Review | October | 9/13/18 | 9/14/18 | F4C (Bonus) | Opposite TPMS Edit OR RHP in first 12 pages | $0.00 | [illegible] | 1 | [illegible] |
| P31 0[illegible] | Tire Review | November | 10/11/18 | 10/16/18 | F4C | Opposite TPMS Edit OR RHP in first 12 pages | $1,5[illegible].00 | 2018 Business Planner/Guide, TIA/SEMA/CTE | 1 | [illegible] |
| P35 01 | Underhood Service | May | [illegible] | [illegible] | F4C | Opposite Synergistic Editorial OR RHP Front of Book | $3,0[illegible].00 | Engine Series: Aftermarket Diesel Innovations | 1 | 42,354 |
| P35 0[illegible] | Underhood Service | [illegible] | [illegible] | 10/2/18 | F4C | Opposite Synergistic Editorial OR RHP Front of Book | $3,0[illegible].00 | [illegible] | 1 | 42,354 |
| P[illegible] 0[illegible] | Underhood Service | June | [illegible] | [illegible] | F4C | Opposite Synergistic Editorial OR RHP Front of Book | $3,04[illegible].00 | Programming Your TPMS Sensors, TPMS Tech: [illegible] | 1 | |
| P35 0[illegible] | Underhood Service | October | [illegible] | 9/25/18 | F4C | Opposite Synergistic Editorial OR RHP Front of Book | $3,0[illegible] | Fuel Injector Wave Pattern Diagnostics, Diesel DPF System Sensors, Turbocharger, OBS [illegible] | | |
| [illegible] | Underhood Service | October | [illegible] | 9/25/18 | F4C (Bonus) | Opposite Synergistic Editorial OR RHP Front of Book | $0.00 | Fuel Injector Wave Pattern Diagnostics, Diesel DPF System Sensors, Turbocharger, OBS System | 1 | |

Total Net Media Cost $68,788 21

## ADDITIONAL INSTRUCTIONS

| **Send Invoices To:** | | | **Creative Agency:** | | |
|---|---|---|---|---|---|
| hillSTORY Media | **Contact:** | Sean Jareck | TFI Envision, Inc | **Contact:** | Catherine Smith |
| 1776 Broadway Suite 1610 | **Phone:** | 212 246 5520 | 111 Westport Avenue | **Phone** | 203 845 0700 x10 |
| New York, NY 10019 | **Email:** | sjareck@hillstory.com | Norwalk, CT 06851 | **Email:** | catherine@tfienvision.com |

## TERMS

[illegible]

[illegible]

[illegible]

EXHIBIT 5

hillSTORY | MEDIA
1776 Broadway | Suite 1610 | New York, NY | 10019

TFI | envision
THE CONNECTION TO CONVERSION AGENCY

# PURCHASE ORDER

| | | | |
|---|---|---|---|
| **Date:** | 3/22/18 | **Vendor:** | Babcox Media, Inc. |
| **Order Ref. #:** | PEAKBAB032218-1 | **Contact:** | Mike Maleski |
| **Advertiser:** | Old World Industries, LLC. | **Phone:** | 330-670-1234 x219 |
| **Product:** | Peak Anti-Freeze / Coolant | **Email:** | mmaleski@babcox.com |

## PRINT PLACEMENTS

| IO# | Publication / Placement | Start Date | Issue / Run Date | Space Closing | Material Closing | Unit | Position | Editorial | Media | Net Media Cost (USD) | Insertions | Circulation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IOPEAK2018-PCTM01 | Counterman | 5/1/18 | May | 4/17/18 | 4/24/18 | P4C | Adjacent to Antifreeze Editorial | Antifreeze: Coolant has become a "forgotten fluid" thanks to long life additives. | Print | $3,995 | 1 | 38,176 |
| IOPEAK2018-PCTM02 | Counterman | 9/1/18 | September | 8/17/18 | 8/24/18 | P4C | Opposite Relevant Editorial OR RHP Front of Book | P.A.R.T.S. (Professional Automotive Repair Technician Survey) | Print | $3,995 | 1 | 38,176 |
| IOPEAK2018-PCTM03 | Counterman | 10/25/18 | October | 9/28/18 | 10/5/18 | P4C | Adjacent to Cooling System (Potential Topic) Editorial | APEX Show Issue, ASE P2 Test Prep Guide | Print | $3,995 | 1 | 38,176 |

| | |
|---|---|
| **Total Media Cost:** | **$11,985.00** |
| **Payment Due:** | **Net 30 Days** |

### ADDITIONAL INSTRUCTIONS

| Send Invoices To: | Contact: |
|---|---|
| hillSTORY Media | Sean Jareck |
| 1776 Broadway Suite 1610 | 212.246.5520 |
| New York, NY 10019 | sjareck@hillstory.com |
| **Creative Agency:** | **Contact:** |
| TFI Envision, Inc | Liz Ball |
| 111 Westport Avenue | 203.845.0700 |
| Norwalk, CT 06851 | liz@tfienvision.com |

*Sean Jareck*
**hillSTORY Media Authorized Signature**

3/22/2018
**Date**

## TERMS

Materials: Materials for each individual insertion will be sent directly from the advertiser to the publisher by the Materials Due Date listed above unless otherwise specified

Invoices: All invoices must be sent to hillSTORY Media only at the address above and NOT to advertiser. Include PO Number on all invoices, otherwise invoice will be sent back without processing

Other Terms: hillSTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser, who is solely responsible for payment of this order. hillSTORY Media will bill the advertiser and upon receipt of payment due, will remit the amount due to media vendor upon payment due date. If hillSTORY Media does not receive payment from the advertiser before the Materials Due Date, then it may cancel this order immediately upon notice and without further obligation to publisher. This IO is for a one time order only and hillSTORY Media may change, modify or cancel any or all parts of this IO without penalty upon written notice (via email, facsimile, or otherwise) to publisher on or prior to space closing and will have no further obligation to publisher. Any unauthorized or incorrect insertions will be the responsibility of the media vendor and not hillSTORY Media or advertiser. If the advertisement runs incorrectly due to any fault of the media vendor neither hillSTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this IO, the media vendor understands and agrees to be bound by all terms and conditions contained in this IO. No verbal agreements are recognized by the parties. This is the complete and exclusive understanding of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents or correspondence shall apply

EXHIBIT 6

**IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO**

CASE NUMBER: CV-2019-07-2548

BABCOX MEDIA, INC
3550 EMBASSY PARKWAY
AKRON, OH, 44333

-VS-

**SUMMONS**

TFI ENVISION, INC.
111 WESTPORT AVE
NORWALK, CT 06851

**TO the following:**

HILLCORP., LLC.
311 WEST 43RD ST, SUITE 14-131
NEW YORK, NY 10019

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto. The name and address of the Plaintiff's attorney is:

SCOTT STEVEN WELTMAN
323 W. LAKESIDE AVENUE, SUITE 200
CLEVELAND, OH

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service. Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

July 12, 2019

**IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO**

CASE NUMBER: CV-2019-07-2548

BABCOX MEDIA, INC
3550 EMBASSY PARKWAY
AKRON, OH, 44333

-VS-

**SUMMONS**

TFI ENVISION, INC.
111 WESTPORT AVE
NORWALK, CT 06851

**TO the following:**

TFI ENVISION, INC.
111 WESTPORT AVE
NORWALK, CT 06851

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto. The name and address of the Plaintiff's attorney is:

SCOTT STEVEN WELTMAN
323 W. LAKESIDE AVENUE, SUITE 200
CLEVELAND, OH

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service. Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Sandra Kurt
Summit County Clerk of Courts

July 12, 2019