WWR#40396340

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BABCOX MEDIA, INC. | ) CASE NO. 5:19-cv-01786 |
| ) | |
| PLAINTIFF, | ) |
| vs. | ) Judge LIOI |
| ) | |
| ) | |
| TFI ENVISION, INC., ET AL. | ) |
| ) | **AMENDED COMPLAINT** |
| DEFENDANTS, | ) |
| ) | |
| and | ) |
| ) | |
| SEAN-PATRICK HILLMAN | ) |
| 455 WEST 37TH STREET, APT 2202 | ) |
| NEW YORK, NY 10018-4793 | ) |
| ) | |
| HILLSTORY MEDIA | ) |
| 455 WEST 37TH STREET, APT 2202 | ) |
| NEW YORK, NY 10018-4793 | ) |
| ) | |
| NEW PARTY | ) |
| DEFENDANTS | ) |
| ) | |

NOW COMES Plaintiff Babcox Media, Inc. ("Babcox"), by counsel, and pursuant to Civil Rule 15 and the November 7, 2019 Order of this Honorable Court, for its Amended Complaint against Defendants TFI Envision, Inc., Hillcorp, LLC and New Party Defendants Sean-Patrick Hillman and HillStory Media, hereby states, alleges and avers as follows:

## PARTIES

1) Plaintiff Babcox Media, Inc. ("Babcox") is an Ohio corporation in good standing, Entity No. 1886468, with its principal place of business located in Akron, Ohio.

1

2) Defendant TFI Envision, Inc. ("TFI") is named a Defendant herein. TFI is a Connecticut Corporation, Business ID No. 0090141, with a principal place of business located in Norwalk, Connecticut.

3) Defendant Hillcorp, LLC ("Hillcorp") is named a Defendant herein. Hillcorp is a Delaware limited liability company, File No. 6131123, with its principal place of business located in New York, New York.

4. New Party Defendant Sean-Patrick Hillman ("Hillman") is named a Defendant herein. Upon information and belief, Hillman is a resident of New York, New York, doing business by and through New Party Defendant Hillstory Media ("HillStory") and Defendant Hillcorp. To the extent that HillStory is a valid corporate entity, it is also named a New-Party Defendant herein.

## JURISDICTION AND VENUE

5. The court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(A) because there is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000, exclusive of costs and interest. Personal jurisdiction and venue are proper in this judicial district because, *inter alia*, the Defendants transacted substantial business in this district, had substantial contacts with this district, engaged in tortious conduct in this district, and a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this district.

## FACTUAL ALLEGATIONS

6. Plaintiff Babcox is supplier of media services in Ohio and elsewhere, including paper and on line publications, which, acting in conjunction with advertising and media placement

2

companies such as the Defendants, connects brand marketers with niche audiences in the automotive, auto care, power sports and truck fleet markets.

7. Defendant TFI is an advertising agency and media buyer for clients, including but not limited to, those who wish to place automotive advertising in media created, controlled and distributed by Babcox in Ohio and elsewhere, and is responsible to ensure that funds received from advertisers to pay for TFI orders are paid to Plaintiff for its services.

8. TFI has negotiated and entered into numerous agreements with Plaintiff in Ohio, bought and placed direct client advertising with Babcox in Ohio on numerous occasions between 2015 and 2019, paid Plaintiff for advertising services performed in Ohio pursuant to TFI's orders, and otherwise transacted business in this state on its own behalf, and in conjunction with its agents Defendants Hillman, HillStory and/or Hillcorp. Defendants Hillman, HillStory and Hillcorp are sometimes collectively referred to herein as "the Hillman Defendants."

9. Plaintiff has provided media services for many years for advertisers such as Standard Motor Products ("SMP") and Old World Industries, including for orders placed between 2015 and May of 2019 by Defendant TFI individually, and jointly by TFI and its agents the Hillman Defendants.

10. Upon information and belief, the Hillman Defendants provide advertising and media buying services and ostensibly have expertise in the placement of electronic media in various on line platforms, and worked in conjunction with, and as agent for, Defendant TFI with respect to the advertising orders giving rise to this action. Prior to the transactions described herein where TFI worked in conjunction with the Hillman Defendants, Babcox had never heard of or done business with the Hillman Defendants.

11. In 2018, Defendant TFI contacted Babcox about placing various advertisements for

3

advertisers SMP and Old World Industries in certain of Plaintiff's media platforms, stating it was working in association with its online advertising agent the Hillman Defendants, with the understanding that the Defendants would place orders, receive payment for Babcox's advertising services from the advertisers and forward those funds to Plaintiff upon completion of its work.

12. Consistent with TFI's representations, Plaintiff received Orders from the Defendants, bearing both the TFI and HillStory letterhead logos, for approximately 80 separate advertisements in a variety of media platforms. True and accurate copies of the subject TFI/HillStory Orders are attached hereto as Exhibit 1.

13. The TFI/HillStory Orders represented in pertinent part that "HillStory Media will bill the advertiser, and upon receipt of payment due, will remit the amount due to media vendor [Babcox] upon payment due date."

14. Babcox fully performed all media services required under the TFI/HillStory Orders.

15. Upon information and belief based on Defendants statements, the advertisers fully paid the Defendants for Plaintiff's work reflected in the TFI/HillStory Orders; however, the Defendants failed to forward those funds to Babcox for its services upon the payment due dates, or at any other time.

16. Despite repeated attempts to obtain payment for its work, and countless oral and written promises that all of Defendants' Orders would be paid, TFI and the Hillman Defendants have failed and refused to compensate Babcox for its work.

## COUNT I
### (Breach of Contract)

17. Plaintiff incorporates the allegations set forth in Paragraphs 1 through 16, inclusive, above, as if fully rewritten herein.

18. Defendants placed Orders for Plaintiff to perform approximately 80 separate publication services, and Babcox fully, properly and faithfully performed all material aspects and conditions precedent of those Orders.

19. Despite receiving payment from the advertisers for Plaintiff's work, Defendants violated their agreements with Babcox by failing to pay for the Orders they placed, and are thus in material breach of contract.

20. As a direct, proximate and foreseeable result of Defendants' breach of contract, Plaintiff is entitled to recover actual damages in the amount not less than $113,106.86, plus interest, attorneys' fees and the costs of this action.

## COUNT II
### (Unjust Enrichment)

21. Plaintiff incorporates the allegations set forth in Paragraphs 1 through 20, inclusive, above, as if fully rewritten herein.

22. Plaintiff provided valuable services to the Defendants at their request, which resulted in profits to TFI and the Hillman Defendants.

23. Defendants requested and accepted the benefit of Babcox's publication services, yet failed and refused to pay Plaintiff for same, despite receiving payment from the advertisers, and making repeated promises to pay.

24. As a result of the foregoing, Defendants have been unjustly enriched and Babcox has suffered a harsh, unreasonable forfeiture.

25. As a direct, proximate and foreseeable result of Defendants' unjust enrichment, Plaintiff is entitled to recover actual damages an amount not less than $113,106.86, plus interest, attorneys' fees and the costs of this action.

## COUNT III
### (Fraud - The Hillman Defendants)

26. Plaintiff incorporates the allegations set forth in Paragraphs 1 through 25, inclusive, above, as if fully rewritten herein.

27. The Hillman Defendants made material misrepresentations to Plaintiff with knowledge of falsity or reckless disregard for the truth, with the intent to mislead, including but not limited to, that Babcox would be paid when the Hillman Defendants received payment from the advertisers for Plaintiff's work.

28. Plaintiff reasonably relied on the Hillman Defendants' misrepresentations to its detriment, and fully performed the publication services requested, and sustained damages proximately caused thereby when the Defendants received advertiser payments for Babcox's work which they failed to forward to Plaintiff.

29. As a direct, proximate and foreseeable result of the Hillman Defendants' fraudulent conduct, Plaintiff is entitled to recover actual damages an amount not less than $113,106.86, plus punitive damages, interest, attorneys' fees and the costs of this action.

## COUNT IV
### (Conversion - The Hillman Defendants)

30. Plaintiff incorporates the allegations set forth in Paragraphs 1 through 29, inclusive, above, as if fully rewritten herein.

31. The Hillman Defendants received readily identifiable funds from advertisers for the express purpose of paying Plaintiff for its publication services, but rather than paying Babcox with those funds, wrongly exerted control over them and retained, disposed or converted the money for their own purposes.

32. The Hillman Defendants have failed and refused to forward the money they received

for Plaintiff's services to Babcox, despite due demand and repeated promises of payment.

33. The Hillman Defendants' conversion of Plaintiff's money was willful, wanton and/or taken in conscious disregard for the great probability of harm to Babcox thereby.

34. As a direct, proximate and foreseeable result of the Hillman Defendants' conversion, Plaintiff is entitled to recover actual damages in an amount not less than $113,106.86, plus punitive damages, interest, attorneys' fees and the costs of this action.

## COUNT V
### (Declaratory Judgment – To Pierce Corporate Veil - The Hillman Defendants)

35. Plaintiff incorporates the allegations set forth in Paragraphs 1 through 34, inclusive, above, as if fully rewritten herein.

36. Upon information and belief, Defendant Sean-Patrick Hillman is the controlling owner, officer, shareholder and/or member of Defendant Hillcorp and HillStory, if HillStory is actually a valid corporate entity, and was actively and personally involved in the conduct giving rise to Plaintiff's claims.

37. Defendant Sean-Patrick Hillman exercised such complete control over Defendants Hillcorp and HillStory such that they had no separate mind, will or existence of their own, were a mere façade, and were his alter ego.

38. Defendant Hillman exercised control over Defendants Hillcorp and HillStory in such a manner as to commit fraud, illegal acts and/or similarly unlawful conduct against Babcox, including but not limited to, converting the money received from advertisers to pay for Plaintiff's services for his own use.

39. Injury and unjust loss resulted to the Plaintiff from Defendant Hillman's control and the fraudulent, illegal and/or wrongful acts committed by and through his corporate entities.

40. Defendants Hillcorp and HillStory, upon information and belief, failed to perform the corporate formalities and separation of finances, necessary to preserve their corporate status.

41. Plaintiff requests that the court pierce the corporate veil of Defendants Hillcorp and HillStory, and enter a finding declaring that Defendant Sean-Patrick Hillman is personally liable to the Plaintiff for all damages sustained by Babcox herein.

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff Babcox Media, Inc. prays for judgment: (1) against Defendants TFI Envision, Inc., Hillcorp, LLC, HillStory Media and Sean-Patrick Hillman, jointly and severally, for actual damages in an amount not less than $113,106.86, plus interest, attorney fees and the costs of this action; (2) punitive damages against the Hillman Defendants; and, (3) a declaration that Plaintiff is entitled to pierce the corporate veil and hold Defendant Sean-Patrick Hillman personally liable for any judgment awarded in favor of Plaintiff against his corporate entities.

Respectfully submitted,

Weltman Weinberg & Reis Co. LPA

*S:/Roy J. Schechter*
Scott S. Weltman (0044173)
Roy J. Schechter (0034689)
323 Lakeside Place Suite 200
Cleveland, OH 44113
(216) 685-1062
Fax (216) 363-6914
rschechter@weltman.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed on the 11th day of November, 2019, and served electronically upon Counsel of record by the Court's electronic filing system on the day this Amended Complaint was accepted for filing; Defendant Hillcorp was served by ordinary mail:

Scott D. Simpkins
sdsimp@climacolaw.com
CLIMACO, WILCOX, PECA, & GAROFOLI CO., L.P.A.
55 Public Square, Suite 1950 Cleveland, Ohio 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632

Alexander Mirkin
amirkin@offitkurman.com
OFFIT KURMAN
10 E. 40th Street 25th Floor
New York, NY 10016
Telephone: (212) 545-1900
Facsimile: (212) 545-1656

Attorneys for Defendant TFI Envision, Inc.

Hillcorp, LLC
311 West 43rd Street Suite 14-131
New York, NY 10019

S:/*Roy J. Schechter*

# hillSTORY | MEDIA
1776 Broadway | Suite 1610 | New York, NY | 10019



## PURCHASE ORDER

| | | | | |
|---|---|---|---|---|
| Date: | 3/22/18 | | Vendor: | Babcox Media, Inc. |
| Order Ref. #: | PEAKBAB032218-1 | | Contact: | Mike Maleski |
| Advertiser: | Old World Industries, LLC. | | Phone: | 330-670-1234 x219 |
| Product: | Peak Anti-Freeze / Coolant | | Email: | mmaleski@babcox.com |

### PRINT PLACEMENTS

| IO# | Publication / Placement | Start Date | Issue / Run Date | Space Closing | Material Closing | Unit | Position | Editorial | Media | Net Media Cost (USD) | Insertions | Circulation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IOPEAK2018-PCTM01 | Counterman | 5/1/18 | May | 4/17/18 | 4/24/18 | P4C | Adjacent to Antifreeze Editorial | Antifreeze: Coolant has become a "forgotten fluid" thanks to long life additives. | Print | $3,995 | 1 | 38,176 |
| IOPEAK2018-PCTM02 | Counterman | 9/1/18 | September | 8/17/18 | 8/24/18 | P4C | Opposite Relevant Editorial OR RHP Front of Book | P.A.R.T.S. (Professional Automotive Repair Technician Survey) | Print | $3,995 | 1 | 38,176 |
| IOPEAK2018-PCTM03 | Counterman | 10/25/18 | October | 9/28/18 | 10/5/18 | P4C | Adjacent to Cooling System (Potential Topic) Editorial | APEX Show Issue, ASE P2 Test Prep Guide | Print | $3,995 | 1 | 38,176 |

| Total Media Cost: | $11,985.00 |
|---|---|
| Payment Due: | Net 30 Days |

### ADDITIONAL INSTRUCTIONS

**Send Invoices To:**
hillSTORY Media
1776 Broadway Suite 1610
New York, NY 10019

**Contact:**
Sean Jareck
212.246.5520
sjareck@hillstory.com

**Creative Agency:**
TFI Envision, Inc.
111 Westport Avenue
Norwalk, CT 06851

**Contact:**
Liz Ball
203.845.0700
liz@tfienvision.com

*Sean Jareck*
hillSTORY Media Authorized Signature

3/22/2018
Date

### TERMS

**Materials:** Materials for each individual insertion will be sent directly from the advertiser to the publisher by the Materials Due Date listed above unless otherwise specified.

**Invoices:** All invoices must be sent to hillSTORY Media only at the address above and NOT to advertiser. Include PO Number on all invoices, otherwise invoice will be sent back without processing.

**Other Terms:** hillSTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser, who is solely responsible for payment of this order. hillSTORY Media will bill the advertiser and, upon receipt of payment due, will remit the amount due to media vendor upon payment due date. If hillSTORY Media does not receive payment from the advertiser before the Materials Due Date, then it may cancel this order immediately upon notice and without further obligation to publisher. This IO is for a one time order only and hillSTORY Media may change, modify or cancel any or all parts of this IO without penalty upon written notice (via email, facsimile, or otherwise) to publisher on or prior to space closing and will have no further obligation to publisher. Any unauthorized or incorrect insertions will be the responsibility of the media vendor and not hillSTORY Media or advertiser. If the advertisement runs incorrectly due to any fault of the media vendor neither hillSTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this IO, the media vendor understands and agrees to be bound by all terms and conditions contained in this IO. No verbal agreements are recognized by the parties. This is the complete and exclusive understanding of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents or correspondence shall apply.

hillSTORY Media
Confidential



# hillSTORY | MEDIA
1776 Broadway | Suite 1610 | New York, NY | 10019


TFI | envision
THE CONNECTION TO CONVERSION AGENCY

## INSERTION ORDER

| | |
|---|---|
| Order Ref. #: | SMPBAB122017 |
| Advertiser: | Standard Motor Products |
| Contact: | Sean Jareck |
| Phone: | 212 246 5520 |
| Email: | sjareck@hillstory.com |

| | |
|---|---|
| Date: | 12/21/17 |
| Vendor: | Babcox Media, Inc. |
| Contact: | Mike Maleski |
| Phone: | 330-670-1234 x219 |
| Email: | mmaleski@babcox.com |

See Media Plan Incorporated Herein For Details On Ad Placement

**Payment Due Date:** Net 30 Days
**Total Payment Due:** $10,285.00

hillSTORY Authorized Signature: *Sean Jareck*

| IO# | Publication / Placement | Issue / Run Date | Space Closing | Material Closing | Unit | Position | Media | Gross Media Cost (USD) | Editorial | # Ins / Length of Placement | Circ / Imps | $-New Subs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IOSMP2018D30-01 | aftermarketNews Daily Newsletter | 1/16/18-1/31/18 | 12/20/17 | 1/8/18 | 605x60 JPG, GIF, or PNG Click-thru URL | Pos. 4 | Digital | $1,100.00 | n/a | 1x 2-week Block | --- | 8,200 |
| IOSMP2018D31-01 | aftermarketNews Global Newsletter | 1/2/18-1/15/18 | 12/20/17 | 12/22/17 | 300x250 JPG, GIF, or PNG Click-thru URL | Pos. 1 | Digital | $1,100.00 | n/a | 1x 2-week Block | --- | 16,000 |
| IOSMP2018D31-02 | aftermarketNews Global Newsletter | 1/16/18-1/31/18 | 12/20/17 | 1/5/18 | 300x250 JPG, GIF, or PNG Click-thru URL | Pos. 1 | Digital | $0.00 | n/a | 1x 2-week Block | --- | 16,000 |
| IOSMP2018D300-01 | AftermarketNews.com | January | 12/20/17 | 12/22/17 | 728x90 | Pos. C | Digital | $1,100.00 | n/a | 1-Month | 42,000 | --- |
| IOSMP2018D320-01 | BrakeAndFrontEnd.com | January | 12/20/17 | 12/22/17 | 728x90 | Pos. B | Digital | $1,100.00 | n/a | 1-Month | 27,000 | --- |
| IOSMP2018D32-01 | Brake & Front End Newsletter | 1/8/18-1/15/18 | 12/14/17 | 12/22/17 | 300x250 JPG, GIF, or PNG Click-thru URL | Pos. 1 | Digital | $1,100.00 | n/a | 1-Week (Mon) | --- | 24,065 |
| IOSMP2018D330-01 | Counterman.com | January | 12/20/17 | 12/22/17 | 728x90 | Dynamic | Digital | $1,100.00 | n/a | 1-Month | 27,000 | --- |
| IOSMP2018D330-10 | Counterman.com Parallax | 1/15/18-1/21/18 | 12/20/17 | 1/5/18 | Parallax 700x1000 Scrolls thru a 700x250 window | ROS | Digital | $1,100.00 | n/a | 1-Week | 8,000 | --- |
| IOSMP2018D340-01 | Import-Car.com | January | 12/20/17 | 12/22/17 | 728x90 | Pos. A | Digital | $1,100.00 | n/a | 1-Month | 37,000 | --- |
| IOSMP2018D35-01 | Tire Review Newsletter | January | 12/20/17 | 12/22/17 | 300x250 | Pos. 2 | Digital | $1,100.00 | n/a | 1-Month | --- | 17,762 |
| IOSMP2018D350-01 | TireReview.com | January | 12/20/17 | 12/22/17 | 728x90 | Pos. A | Digital | $1,100.00 | n/a | 1-Month | 27,000 | --- |
| IOSMP2018D37-01 | Underhood Service Newsletter | 1/15/18-1/21/18 | 12/20/17 | 1/5/18 | 300x250 JPG, GIF, or PNG Click-thru URL | Pos. 2 | Digital | $1,100.00 | n/a | 1-Week Block | --- | 28,382 |

**Total Net Media Cost:** $10,285.00

## ADDITIONAL INSTRUCTIONS

**Send Invoices To:**
hillSTORY Media
1776 Broadway Suite 1610
New York, NY 10019

Contact: Sean Jareck
Phone: 212 246 5520
Email: sjareck@hillstory.com

**Creative Agency:**
TFI Envision, Inc.
111 Westport Avenue
Norwalk, CT 06851

Contact: Catherine Smith
Phone: 203 845 0700 x10
Email: catherine@tfienvision.com

## TERMS

*Materials:* Materials for each individual insertion will be sent directly from the advertiser to the publisher by the Materials Due Date noted above unless otherwise specified.

*Invoices:* All invoices must be sent to hillSTORY Media only at the address above and NOT to advertiser. Include PO Number on all invoices, otherwise such invoices will be sent back without processing.

*Other Terms:* hillSTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser, who is solely responsible for payment of this order. hillSTORY Media will bill the advertiser and, upon receipt of payment due, will remit the amount due to media vendor upon payment due date. If hillSTORY Media does not receive payment from the advertiser before the Materials Due Date, then it may cancel this order immediately upon notice and without further obligation to publisher. This PO is for a one time insertion order only. Any unauthorized or incorrect insertions will be the responsibility of the media vendor and not hillSTORY Media or advertiser. If the advertisement runs incorrectly due to any fault of the media vendor neither hillSTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this PO, the media vendor understands and agrees to be bound by all the terms and conditions contained in this PO. No verbal agreements are recognized by the parties. This is the complete and exclusive understanding of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents or correspondence shall apply.

# hillSTORY | MEDIA
1776 Broadway | Suite 1510 | New York, NY | 10019

**TFI | envision**
THE CONNECTION TO CONVERSION AGENCY

## INSERTION ORDER

| | | | | |
|---|---|---|---|---|
| Order Ref. #: | SMPBAB011018 | | Date: | 1/12/18 |
| Advertiser: | Standard Motor Products | | Vendor: | Babcox Media, Inc |
| Contact: | Sean Jareck | | Contact: | Mike Maleski |
| Phone: | 212.246.5520 | | Phone: | 330 670 1234 x219 |
| Email: | sjareck@hillstory.com | | Email: | mmaleski@babcox.com |

See Media Plan Incorporated Herein For Details On Ad Placement.

**Payment Due Date:** Net 30 Days
**Total Payment Due:** $17,323.00

hillSTORY Authorized Signature: *Sean Jareck*

| IO# IOSMP2018 | Publication / Placement | Issue / Run Date | Space Closing | Material Closing | Units | Position | Media | Gross Media Cost (USD) | Editorial | # Ins / Length of Placement | Circ / Imps | E-New. Subs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D30-02 | aftermarketNews Daily Newsletter | 2/16/18-2/28/18 | 1/15/18 | 2/1/18 | 605x80 | Pos 8 | Digital | $1,100.00 | --- | 1x 2-week Block | --- | 8,200 |
| D31-03 | aftermarketNews Global Newsletter | 2/1/18-2/15/18 | 1/2/18 | 1/15/18 | 300x250 | Pos 1 | Digital | $1,100.00 | --- | 1x 2-week Block | --- | 16,000 |
| D31-04 | aftermarketNews Global Newsletter | 2/16/18-2/28/18 | 1/15/18 | 2/1/18 | 300x250 | Pos 1 | Digital | $0.00 | --- | 1x 2-week Block | --- | 16,000 |
| D310-01 | AftermarketNews.com (Premium Pushdown) | 2/26/18-3/4/18 | 1/22/18 | 2/5/18 | Pushdown; 900x450, 900x150 | Top of Page | Digital | $1,100.00 | --- | 1 week Block | 18,000 | --- |
| D32-02 | Brake & Front End Newsletter | 2/1/18-2/14/18 | 1/4/18 | 1/18/18 | 300x250 | Pos 3 in Wk 1; Pos 1 in Wk 2 | Digital | $1,100.00 | --- | 1-Week (Thu) | --- | 24,065 |
| D320-02 | BrakeAndFrontEnd.com | February | 1/2/18 | 1/15/18 | 728x90 | Dynamic | Digital | $1,100.00 | --- | 1 month | 27,000 | --- |
| D33-01 | Counterman Newsletter | 2/16/18-2/28/18 | 1/15/18 | 2/1/18 | 300x250 | Pos. 4 | Digital | $1,100.00 | --- | 1x 2-week Block | --- | 24,000 |
| D330-02 | Counterman.com | February | 1/2/18 | 1/15/18 | 728x90 | Dynamic | Digital | $1,100.00 | --- | 1 month | 27,000 | --- |
| D340-02 | Import-Car.com | February | 1/2/18 | 1/15/18 | 728x90 | Dynamic | Digital | $1,100.00 | --- | 1 Month | 37,000 | --- |
| D35-02 | Tire Review Newsletter | February | 1/2/18 | 1/15/18 | 300x250 | Pos 3 | Digital | $1,100.00 | --- | 1 Month | --- | 17,762 |
| D350-02 | TireReview.com | February | 1/2/18 | 1/15/18 | 728x90 | Pos A | Digital | $1,100.00 | --- | 1 Month | 27,000 | --- |
| D37-02 | Underhood Service Newsletter | 2/5/18-2/11/18 | 1/5/18 | 1/15/18 | 300x250 | Pos. 1 | Digital | $1,100.00 | --- | 1 week Block | --- | 28,382 |
| D37-03 | Underhood Service Newsletter | 2/26/18-3/4/18 | 1/26/18 | 2/5/18 | 300x250 | Pos. 3 | Digital | $1,100.00 | --- | 1 week Block | --- | 28,382 |
| D370-01 | UnderhoodService.com | February | 1/2/18 | 1/15/18 | 728x90 | Dynamic | Digital | $1,100.00 | --- | 1 Month | 95,000 | --- |
| P34-01 | ImportCar | February | 1/23/18 | 1/30/18 | P4C | RHP adjacent to TPMS Editorial | Print | $3,040.00 | TPMS Tech: Audi | 1 | 27,075 | --- |
| P35-01 | Tire Review | February | 1/18/18 | 1/23/18 | P4C | RHP adjacent to TPMS Editorial | Print | $3,040.00 | Tire Focus: Winter Tires + Tire Service 101: Rotation | 1 | 32,229 | --- |

**Total Net Media Cost:** $17,323.00

## ADDITIONAL INSTRUCTIONS

**Send Invoices To:**
hillSTORY Media
1776 Broadway Suite 1510
New York, NY 10019

Contact: Sean Jareck
Phone: 212 246 5520
Email: sjareck@hillstory.com

**Creative Agency:**
TFI Envision, Inc
111 Westport Avenue
Norwalk, CT 06851

Contact: Catherine Smith
Phone: 203.845.0700 x10
Email: catherine@tfienvision.com

## TERMS

Materials: Materials for each individual insertion will be sent directly from the advertiser to the publisher by the Materials Due Date listed above unless otherwise specified.

Invoices: All invoices must be sent to hillSTORY Media only at the address above and NOT to advertiser. Include PO Number on all invoices, otherwise invoice will be sent back without processing.

Other Terms: hillSTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser, who is solely responsible for payment of this order. hillSTORY Media will bill the advertiser and, upon receipt of payment due, will remit the amount due to media vendor upon payment due date. If hillSTORY Media does not receive payment from the advertiser before the Materials Due Date, then it may cancel this order immediately upon notice and without further obligation to publisher. This PO is for a one time insertion order only. Any unauthorized or incorrect insertions will be the responsibility of the media vendor and not hillSTORY Media or advertiser. If the advertisement runs incorrectly due to any fault of the media vendor, neither hillSTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this PO, the media vendor understands and agrees to be bound by all terms and conditions contained in this PO. No verbal agreements are recognized by the parties. This is the complete and exclusive understanding of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents or correspondence shall apply.

# hillSTORY | MEDIA

1776 Broadway | Suite 1610 | New York, NY | 10019



## INSERTION ORDER - NEWSLETTER PLACEMENTS

| | |  | | |
|---|---|---|---|---|
| **Order Ref. #:** | SMPBAB020518-2 | | **Date:** | 2/5/18 Revised |
| **Advertiser:** | Standard Motor Products | | **Vendor:** | Babcox Media, Inc. |
| **Contact:** | Sean Jareck | | **Contact:** | Mike Maleski |
| **Phone:** | 212 246 5520 | | **Phone:** | 330-670-1234 x219 |
| **Email:** | sjareck@hillstory.com | | **Email:** | mmaleski@babcox.com |

See Media Plan Incorporated Herein For Details On Ad Placement.

**Payment Due Date:** Net 30 Days
**Total Payment Due:** $68,255.00

hillSTORY Authorized Signature: *Sean Jareck*

| IO# IOSMP2018 | Publication / Placement | Issue / Run Date | Space Closing | Material Closing | Unit | Position | Digital Media | Gross Media Cost (USD) | Length of Placement | E-News Subs |
|---|---|---|---|---|---|---|---|---|---|---|
| D30-03 | aftermarketNews Daily Newsletter | 3/16/18-3/31/18 | 2/15/18 | 2/28/18 | 605x80 or Text ad | Pos. 9 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| D30-04 | aftermarketNews Daily Newsletter | 5/1/18-5/15/18 | 4/2/18 | 4/17/18 | 605x80 or Text ad | Pos. 6 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| D30-05 | aftermarketNews Daily Newsletter | 6/1/18-6/15/18 | 5/1/18 | 5/15/18 | 605x80 or Text ad | Pos. 9 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| D30-06 | aftermarketNews Daily Newsletter | 7/16/18-7/31/18 | 6/15/18 | 6/29/18 | 605x80 or Text ad | Pos. 6 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| D30-07 | aftermarketNews Daily Newsletter | 9/16/18-9/30/18 | 8/16/18 | 8/31/18 | 605x80 or Text ad | Pos. 8 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| D30-08 | aftermarketNews Daily Newsletter | 10/16/18-10/31/18 | 9/17/18 | 10/1/18 | 605x80 or Text ad | Pos. 4 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| D30-09 | aftermarketNews Daily Newsletter | 11/1/18-11/15/18 | 10/1/18 | 10/15/18 | 605x80 or Text ad | Pos. 10 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| D31-05 | aftermarketNews Global Newsletter | 3/1/18-3/15/18 | 2/1/18 | 2/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-06 | aftermarketNews Global Newsletter | 3/16/18-3/31/18 | 2/16/18 | 2/28/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-07 | aftermarketNews Global Newsletter | 4/1/18-4/15/18 | 3/1/18 | 3/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-08 | aftermarketNews Global Newsletter | 4/16/18-4/30/18 | 3/16/18 | 4/2/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-09 | aftermarketNews Global Newsletter | 5/1/18-5/15/18 | 4/2/18 | 4/17/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-10 | aftermarketNews Global Newsletter | 5/16/18-5/31/18 | 4/16/18 | 5/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-11 | aftermarketNews Global Newsletter | 6/1/18-6/15/18 | 5/1/18 | 5/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-12 | aftermarketNews Global Newsletter | 6/16/18-6/30/18 | 5/16/18 | 6/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-13 | aftermarketNews Global Newsletter | 7/1/18-7/15/18 | 6/1/18 | 6/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-14 | aftermarketNews Global Newsletter | 7/16/18-7/31/18 | 6/15/18 | 7/2/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-15 | aftermarketNews Global Newsletter | 8/1/18-8/15/18 | 7/2/18 | 7/16/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-16 | aftermarketNews Global Newsletter | 8/16/18-8/31/18 | 7/16/18 | 8/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-17 | aftermarketNews Global Newsletter | 9/1/18-9/15/18 | 8/1/18 | 8/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-18 | aftermarketNews Global Newsletter | 9/16/18-9/30/18 | 8/16/18 | 8/31/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-19 | aftermarketNews Global Newsletter | 10/1/18-10/15/18 | 8/30/18 | 9/14/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-20 | aftermarketNews Global Newsletter | 10/16/18-10/31/18 | 9/17/18 | 10/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-21 | aftermarketNews Global Newsletter | 11/1/18-11/15/18 | 10/1/18 | 10/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-22 | aftermarketNews Global Newsletter | 11/16/18-11/30/18 | 10/16/18 | 11/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-23 | aftermarketNews Global Newsletter | 12/1/18-12/15/18 | 11/1/18 | 11/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-24 | aftermarketNews Global Newsletter | 12/16/18-12/31/18 | 11/16/18 | 11/30/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D32-03 | Brake & Front End Newsletter | 3/12/18-3/18/18 | 2/12/18 | 2/26/18 | 300x250 or Text ad | Pos. 4 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-04 | Brake & Front End Newsletter | 4/2/18-4/8/18 | 3/5/18 | 3/19/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-05 | Brake & Front End Newsletter | 4/30/18-5/6/18 | 4/2/18 | 4/16/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-06 | Brake & Front End Newsletter | 6/11/18-6/17/18 | 5/14/18 | 5/28/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-07 | Brake & Front End Newsletter | 7/16/18-7/22/18 | 6/18/18 | 7/2/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-08 | Brake & Front End Newsletter | 8/20/18-8/26/18 | 7/23/18 | 8/6/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-09 | Brake & Front End Newsletter | 9/10/18-9/16/18 | 8/13/18 | 8/27/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-10 | Brake & Front End Newsletter | 9/24/18-9/30/18 | 8/27/18 | 9/10/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-11 | Brake & Front End Newsletter | 10/15/18-10/21/18 | 9/17/18 | 10/1/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-12 | Brake & Front End Newsletter | 11/5/18-11/11/18 | 10/8/18 | 10/22/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D33-02 | Counterman Newsletter | 3/16/18-3/30/18 | 2/16/18 | 2/28/18 | 300x250 or Text ad | Pos. 7 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-03 | Counterman Newsletter | 4/1/18-4/15/18 | 3/1/18 | 3/15/18 | 300x250 or Text ad | Pos. 4 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-04 | Counterman Newsletter | 4/16/18-4/30/18 | 3/16/18 | 4/2/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-05 | Counterman Newsletter | 5/1/18-5/15/18 | 4/2/18 | 4/17/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-06 | Counterman Newsletter | 5/16/18-5/31/18 | 4/16/18 | 5/1/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-07 | Counterman Newsletter | 6/1/18-6/15/18 | 5/1/18 | 5/15/18 | 300x250 or Text ad | Pos. 3 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-08 | Counterman Newsletter | 6/16/18-6/30/18 | 5/16/18 | 6/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-09 | Counterman Newsletter | 7/16/18-7/31/18 | 6/15/18 | 7/2/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-10 | Counterman Newsletter | 8/16/18-8/31/18 | 7/16/18 | 8/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-11 | Counterman Newsletter | 9/16/18-9/30/18 | 8/16/18 | 8/31/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-12 | Counterman Newsletter | 10/16/18-10/31/18 | 9/17/18 | 10/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D34-01 | ImportCar Newsletter | 3/5/2018-3/11/18 | 2/5/18 | 2/19/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-02 | ImportCar Newsletter | 3/26/18-4/1/18 | 2/26/18 | 3/12/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-03 | ImportCar Newsletter | 4/2/18-4/8/18 | 3/5/18 | 3/19/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-04 | ImportCar Newsletter | 4/23/18-4/29/18 | 3/26/18 | 4/9/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-05 | ImportCar Newsletter | 5/7/18-5/13/18 | 4/9/18 | 4/23/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-06 | ImportCar Newsletter | 6/4/18-6/10/18 | 5/7/18 | 5/21/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| D34-07 | ImportCar Newsletter | 6/18/18-6/24/18 | 5/21/18 | 6/4/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-08 | ImportCar Newsletter | 7/9/18-7/15/18 | 6/11/18 | 6/25/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-09 | ImportCar Newsletter | 8/13/18-8/19/18 | 7/16/18 | 7/30/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-10 | ImportCar Newsletter | 9/3/18-9/9/18 | 8/6/18 | 8/20/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 2 week Block | 21,418 |
| D34-11 | ImportCar Newsletter | 9/24/18-9/30/18 | 8/27/18 | 9/10/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-12 | ImportCar Newsletter | 10/15/18-10/21/18 | 9/17/18 | 10/1/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 21,418 |
| D34-13 | ImportCar Newsletter | 10/29/18-11/4/18 | 10/1/18 | 10/15/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 21,418 |
| D34-14 | ImportCar Newsletter | 11/5/18-11/11/18 | 10/8/18 | 10/22/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 21,418 |
| D35-03 | Tire Review Newsletter | April | 3/1/18 | 3/15/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D35-04 | Tire Review Newsletter | May | 4/2/18 | 4/16/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D35-05 | Tire Review Newsletter | July | 6/1/18 | 6/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D35-06 | Tire Review Newsletter | August | 7/2/18 | 7/16/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D35-07 | Tire Review Newsletter | September | 8/1/18 | 8/15/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D35-08 | Tire Review Newsletter | October | 8/31/18 | 9/14/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D36-01 | Tomorrow's Tech Newsletter | April | 3/1/18 | 3/15/18 | 300x250 or Text ad | Pos. 6 | Newsletter | $1,100.00 | 1 Month | 16,000 |
| D36-02 | Tomorrow's Tech Newsletter | May | 4/2/18 | 4/16/18 | 300x250 or Text ad | Pos. 5 | Newsletter | $1,100.00 | 1 Month | 16,000 |
| D36-03 | Tomorrow's Tech Newsletter | June | 5/1/18 | 5/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 Month | 16,000 |
| D36-04 | Tomorrow's Tech Newsletter | September | 8/1/18 | 8/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 Month | 16,000 |
| D36-05 | Tomorrow's Tech Newsletter | October | 8/31/18 | 9/14/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 Month | 16,000 |
| D37-04 | Underhood Service Newsletter | 4/16/18-4/22/18 | 3/16/18 | 3/26/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-05 | Underhood Service Newsletter | 5/7/18-5/13/18 | 4/6/18 | 4/16/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-06 | Underhood Service Newsletter | 6/4/18-6/10/18 | 5/4/18 | 5/14/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-07 | Underhood Service Newsletter | 7/23/18-7/29/18 | 6/22/18 | 7/2/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-08 | Underhood Service Newsletter | 8/27/18-9/2/18 | 7/27/18 | 8/6/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-09 | Underhood Service Newsletter | 9/17/18-9/23/18 | 8/17/18 | 8/27/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-10 | Underhood Service Newsletter | 10/15/18-10/21/18 | 9/14/18 | 9/24/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-11 | Underhood Service Newsletter | 10/29/18-11/4/18 | 9/28/18 | 10/8/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-12 | Underhood Service Newsletter | 11/12/18-11/18/18 | 10/12/18 | 10/22/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-13 | Underhood Service Newsletter | 11/26/18-12/2/18 | 10/26/18 | 11/5/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-14 | Underhood Service Newsletter | 12/3/18-12/9/18 | 11/2/18 | 11/12/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |

**Total Net Media Cost:** $68,255.00

## ADDITIONAL INSTRUCTIONS

**Send Invoices To:**
hillSTORY Media
1776 Broadway Suite 1610
New York, NY 10019

**Contact:** Sean Jareck
**Phone:** 212.246.5520
**Email:** sjareck@hillstory.com

**Creative Agency:**
TFI Envision, Inc.
111 Westport Avenue
Norwalk, CT 06851

**Contact:** Catherine Smith
**Phone:** 203.845.0700 x10
**Email:** catherine@tfienvision.com

## TERMS

Materials: Materials for each individual insertion will be sent directly from the advertiser to the publisher by the Materials Due Date listed above unless otherwise specified.

Invoices: All invoices must be sent to hillSTORY Media only at the address above and NOT to advertiser. Include IO number on all invoices, otherwise invoice will be sent back without processing.

Other Terms: hillSTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser, who is solely responsible for payment of this order. hillSTORY Media will bill the advertiser and, upon receipt of payment due, will remit the amount due to media vendor upon payment due date. If hillSTORY Media does not receive payment from the advertiser before the Materials Due Date, then it may cancel this order immediately upon notice and without further obligation to publisher. This IO is for a one time order only and hillSTORY Media may change, modify or cancel any or all parts of this IO without penalty upon written notice (via email, facsimile, or otherwise) to publisher on or prior to space closing and will have no further obligation to publisher. Any unauthorized or incorrect insertions will be the responsibility of the media vendor and not hillSTORY Media or advertiser. If the advertisement runs incorrectly due to any fault of the media vendor neither hillSTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this IO, the media vendor understands and agrees to be bound by all terms and conditions contained in this IO. No verbal agreements are recognized by the parties. This is the complete and exclusive understanding of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents or correspondence shall apply.

# hillSTORY MEDIA
1776 Broadway | Suite 1610 | New York, NY | 10019



## PURCHASE ORDER

| | |  | | |
|---|---|---|---|---|
| **Date:** | 3/22/18 | | **Vendor:** | Babcox Media, Inc. |
| **Order Ref. #:** | PEAKBAB032218-1 | | **Contact:** | Mike Maleski |
| **Advertiser:** | Old World Industries, LLC. | | **Phone:** | 330-670-1234 x219 |
| **Product:** | Peak Anti-Freeze / Coolant | | **Email:** | mmaleski@babcox.com |

### PRINT PLACEMENTS

| IO# | Publication / Placement | Start Date | Issue / Run Date | Space Closing | Material Closing | Unit | Position | Editorial | Media | Net Media Cost (USD) | Insertions | Circulation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IOPEAK2018-PCTM01 | Counterman | 5/1/18 | May | 4/17/18 | 4/24/18 | P4C | Adjacent to Antifreeze Editorial | Antifreeze: Coolant has become a "forgotten fluid" thanks to long life additives. | Print | $3,995 | 1 | 38,176 |
| IOPEAK2018-PCTM02 | Counterman | 9/1/18 | September | 8/17/18 | 8/24/18 | P4C | Opposite Relevant Editorial OR RHP Front of Book | P.A.R.T.S. (Professional Automotive Repair Technician Survey) | Print | $3,995 | 1 | 38,176 |
| IOPEAK2018-PCTM03 | Counterman | 10/25/18 | October | 9/28/18 | 10/5/18 | P4C | Adjacent to Cooling System (Potential Topic) Editorial | APEX Show Issue, ASE P2 Test Prep Guide | Print | $3,995 | 1 | 38,176 |

| | |
|---|---|
| **Total Media Cost:** | $11,985.00 |
| **Payment Due:** | Net 30 Days |

### ADDITIONAL INSTRUCTIONS

**Send Invoices To:**
hillSTORY Media
1776 Broadway Suite 1610
New York, NY 10019

**Contact:**
Sean Jareck
212.246.5520
sjareck@hillstory.com

**Creative Agency:**
TFI Envision, Inc.
111 Westport Avenue
Norwalk, CT 06851

**Contact:**
Liz Ball
203.845.0700
liz@tfienvision.com

*Sean Jareck*
hillSTORY Media Authorized Signature

3/22/2018
Date

### TERMS

**Materials:** Materials for each individual insertion will be sent directly from the advertiser to the publisher by the Materials Due Date listed above unless otherwise specified.

**Invoices:** All invoices must be sent to hillSTORY Media only at the address above and NOT to advertiser. Include PO Number on all invoices, otherwise invoice will be sent back without processing.

**Other Terms:** hillSTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser, who is solely responsible for payment of this order. hillSTORY Media will bill the advertiser and, upon receipt of payment due, will remit the amount due to media vendor upon payment due date. If hillSTORY Media does not receive payment from the advertiser before the Materials Due Date, then it may cancel this order immediately upon notice and without further obligation to publisher. This IO is for a one time order only and hillSTORY Media may change, modify or cancel any or all parts of this IO without penalty upon written notice (via email, facsimile, or otherwise) to publisher on or prior to space closing and will have no further obligation to publisher. Any unauthorized or incorrect insertions will be the responsibility of the media vendor and not hillSTORY Media or advertiser. If the advertisement runs incorrectly due to any fault of the media vendor neither hillSTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this IO, the media vendor understands and agrees to be bound by all terms and conditions contained in this IO. No verbal agreements are recognized by the parties. This is the complete and exclusive understanding of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents or correspondence shall apply.

# hillSTORY | MEDIA
1776 Broadway | Suite 1610 | New York, NY | 10019

# TFI | envision
THE CONNECTION TO CONVERSION AGENCY

## INSERTION ORDER - WEBSITE PLACEMENTS

| | | | | |
|---|---|---|---|---|
| Order Ref. #: | SMPBAB020518 3 | Date: | 4/20/18 Revised | |
| Advertiser: | Standard Motor Products | Vendor: | Babcox Media, Inc. | |
| Contact: | Sean Jareck | Contact: | Mike Maleski | |
| Phone: | 212.246.5520 | Phone: | 330-670 1234 x219 | |
| Email: | sjareck@hillstory.com | Email: | mmaleski@babcox.com | |

See Media Plan Incorporated Herein For Details On Ad Placement.

Payment Due Date: Net 30 Days
Total Payment Due: $70,759.95

hillSTORY Authorized Signature: *Sean Jareck*

| IO# IOSMP2018 | Publication / Placement | Issue / Run Date | Space Closing | Material Closing | Unit | Position | Digital Media | Gross Media Cost (USD) | Length of Placement | Impressions |
|---|---|---|---|---|---|---|---|---|---|---|
| D300-02 | AftermarketNews.com | March | 2/1/18 | 2/15/18 | 300x250 | Fixed Pos C | Website | $1,100.00 | 1 month | 42,000 |
| D300-03 | AftermarketNews.com | May | 4/2/18 | 4/16/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 month | 42,000 |
| D300-04 | AftermarketNews.com | June | 5/1/18 | 5/15/18 | 300x250 | Fixed Pos C | Website | $1,100.00 | 1 month | 42,000 |
| D300-05 | AftermarketNews.com | October | 8/31/18 | 9/14/18 | 300x250 | Fixed Pos C | Website | $1,100.00 | 1 month | 42,000 |
| D300-06 | AftermarketNews.com | November | 10/1/18 | 10/15/18 | 300x250 | Fixed Pos B | Website | $1,100.00 | 1 month | 42,000 |
| D310-03 | AftermarketNews.com (Premium Pushdown) | 7/23/18 7/29/18 | 6/18/18 | 7/2/18 | 900x450, 900x150 | Top of Page | Website | $1,100.00 | 1 week Block | 18,000 |
| D310-04 | AftermarketNews.com (Premium Pushdown) | 8/27/18 9/2/18 | 7/23/18 | 8/6/18 | 900x450, 900x150 | Top of Page | Website | $1,100.00 | 1 week Block | 18,000 |
| D310-05 | AftermarketNews.com (Premium Pushdown) | 9/17/18 9/23/18 | 8/13/18 | 8/27/18 | 900x450, 900x150 | Top of Page | Website | $1,100.00 | 1 week Block | 18,000 |
| D310-06 | AftermarketNews.com (Premium Pushdown) | 11/19/18 11/25/18 | 10/15/18 | 10/29/18 | 900x450, 900x150 | Top of Page | Website | $1,100.00 | 1 week Block | 18,000 |
| D320-03 | BrakeAndFrontEnd.com | March | 2/1/18 | 2/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 month | 27,000 |
| D320-04 | BrakeAndFrontEnd.com | April | 3/1/18 | 3/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 month | 27,000 |
| D320-05 | BrakeAndFrontEnd.com | June | 5/1/18 | 5/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 month | 27,000 |
| D320-06 | BrakeAndFrontEnd.com | July | 6/1/18 | 6/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 month | 27,000 |
| D320-07 | BrakeAndFrontEnd.com | September | 8/1/18 | 8/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 month | 27,000 |
| D320-08 | BrakeAndFrontEnd.com | November | 10/1/18 | 10/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 month | 27,000 |
| D321-01 | BrakeAndFrontEnd.com VIDEO | May | 3/1/18 | 4/2/18 | Video Sponsorship | Video | Website | $5,038.00 | 1 month | 73,000 |
| D321-02 | BrakeAndFrontEnd.com VIDEO | October | 8/1/18 | 8/31/18 | Video Sponsorship | Video | Website | $4,407.00 | 1 month | 73,000 |
| D330-03 | Counterman.com | March | 2/1/18 | 2/15/18 | 300x250 | Fixed Pos B | Website | $1,100.00 | 1 month | 27,000 |
| D330-04 | Counterman.com | April | 3/1/18 | 3/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 month | 27,000 |
| D330-05 | Counterman.com | July | 6/1/18 | 6/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 month | 27,000 |
| D330-06 | Counterman.com | August | 7/2/18 | 7/16/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 month | 27,000 |
| D330-07 | Counterman.com | September | 8/1/18 | 8/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 month | 27,000 |
| D330-08 | Counterman.com | October | 8/31/18 | 9/14/18 | 300x250 | Fixed Pos B | Website | $1,100.00 | 1 month | 27,000 |
| D330-09 | Counterman.com | November | 10/1/18 | 10/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 month | 27,000 |
| D330-11 | Counterman.com PARALLAX | 7/23/18 7/29/18 | 6/25/18 | 7/9/18 | 700x1000, 700x750 | ROS | Website | $1,100.00 | 1 Week | 8,000 |
| D330-12 | Counterman.com Premium Pushdown | 5/23/18 5/27/18 | 4/16/18 | 4/30/18 | 900x450, 900x150 | Top of Page | Website | $1,100.00 | 1 week Block | TBD |
| D340-03 | Import-Car.com | March | 2/1/18 | 2/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 37,000 |
| D340-04 | Import-Car.com | May | 4/2/18 | 4/16/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 37,000 |
| D340-05 | Import-Car.com | July | 6/1/18 | 6/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 37,000 |
| D340-06 | Import-Car.com | August | 7/2/18 | 7/16/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 37,000 |
| D340-07 | Import-Car.com | October | 8/31/18 | 9/14/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 37,000 |
| D340-08 | Import-Car.com | November | 10/1/18 | 10/15/18 | 300x250 | Fixed Pos B | Website | $1,100.00 | 1 Month | 37,000 |
| D340-09 | Import-Car.com | December | 11/1/18 | 11/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 37,000 |
| D341-01 | Import-Car.com VIDEO | June | 4/2/18 | 5/1/18 | Video Sponsorship | Video | Website | $5,038.00 | 1 Month | 60,000 |
| D341-02 | Import-Car.com VIDEO | September | 7/2/18 | 8/1/18 | Video Sponsorship | Video | Website | $4,407.00 | 1 Month | 50,000 |
| D350-03 | TireReview.com | March | 2/1/18 | 2/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 27,000 |
| D350-04 | TireReview.com | May | 4/2/18 | 4/16/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 27,000 |
| D350-05 | TireReview.com | June | 5/1/18 | 5/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 27,000 |
| D350-06 | TireReview.com | July | 6/1/18 | 6/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 27,000 |
| D350-07 | TireReview.com | September | 8/1/18 | 8/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 27,000 |
| D350-08 | TireReview.com | October | 8/31/18 | 9/14/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 27,000 |
| D360-01 | TomorrowsTechnician.com | March | 2/1/18 | 2/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 45,000 |
| D360-02 | TomorrowsTechnician.com | April | 3/1/18 | 3/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 45,000 |
| D360-03 | TomorrowsTechnician.com | May | 4/2/18 | 4/16/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 45,000 |
| D360-04 | TomorrowsTechnician.com | June | 5/1/18 | 5/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 45,000 |
| D360-05 | TomorrowsTechnician.com | July | 6/1/18 | 6/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 45,000 |
| D360-06 | TomorrowsTechnician.com | September | 8/1/18 | 8/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 45,000 |
| D361-01 | TomorrowsTechnician.com WEBINAR | October | 7/2/18 | 8/1/18 | Webinar Sponsor | Webinar | Website | $8,250.00 | 1 Month | TBD |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| D370-02 | UnderhoodService.com | | March | 2/1/18 | 2/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 Month | 95,000 |
| D370-03 | UnderhoodService.com | | April | 3/1/18 | 3/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 95,000 |
| D370-04 | UnderhoodService.com | | May | 5/1/18 | 5/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 Month | 95,000 |
| D370-05 | UnderhoodService.com | | July | 6/1/18 | 6/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 95,000 |
| D371-01 | UnderhoodService.com VIDEO | | October | 8/1/18 | 8/31/18 | Video Sponsorship | Video | Website | $4,407.00 | 1 Month | 95,000 |
| | **Total Net Media Cost:** | **$70,759.95** | | | | | | | | | |

## ADDITIONAL INSTRUCTIONS

**Send Invoices To:**
hiiSTORY Media
1776 Broadway Suite 1610
New York, NY 10019

**Contact:** Sean Jareck
**Phone:** 212.246.5520
**Email:** sjareck@hiistory.com

**Creative Agency:**
TFI Envision, Inc.
111 Westport Avenue
Norwalk, CT 06851

**Contact:** Catherine Smith
**Phone:** 203.845.0700 x10
**Email:** catherine@tfienvision.com

## TERMS

**Materials:** Materials for each individual insertion will be sent directly from the advertiser to the publisher by the Materials Due Date listed above unless otherwise specified

**Invoices:** All invoices must be sent to hiiSTORY Media only at the address above and NOT to advertiser. Include IO Number on all invoices, otherwise invoice will be sent back without processing

**Other Terms:** hiiSTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser, who is solely responsible for payment of this order. hiiSTORY Media will bill the advertiser and, upon receipt of payment due, will remit the amount due to media vendor upon payment due date. If hiiSTORY Media does not receive payment from the advertiser before the Materials Due Date, then it may cancel this order immediately upon notice and without further obligation to publisher. This IO is for a one time order only and hiiSTORY Media may change, modify or cancel any or all parts of this IO without penalty upon written notice (via email, facsimile, or otherwise) to publisher on or prior to space closing and will have no further obligation to publisher. Any unauthorized or incorrect insertions will be the responsibility of the media vendor and not hiiSTORY Media or advertiser. If the advertisement runs incorrectly due to any fault of the media vendor neither hiiSTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this IO, the media vendor understands and agrees to be bound by all terms and conditions contained in this IO. No verbal agreements are recognized by the parties. This is the complete and exclusive understanding of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents or correspondence shall apply.

hiiSTORY Media
Confidential