## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

BABCOX MEDIA, INC.
           Plaintiff                      CIVIL CASE NO.   5:19-cv-01786

vs.

                                             JUDGE   LIOI

TFI ENVISION, INC. et al.,
            Defendants

### PRAECIPE FOR ISSUANCE

- [x] ORIGINAL SUMMONS
- [ ] ALIAS SUMMONS
- [ ] THIRD PARTY SUMMONS
- [ ] CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC
- [ ] CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT
- [ ] WRIT OF EXECUTION
- [ ] OTHER (Please Specify)   **Original Summons for Sean-Patrick Hillman**

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 11-11-19                          By: Roy j. Schechter (0034689)

                                                       Attorney for Plaintiff