# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BABCOX MEDIA, INC., | ) | CASE NO.: 5:19-cv-01786 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | |
| TFI ENVISION, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO DISMISS

Defendant TFI Envision, Inc. moves this Court, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing with prejudice Plaintiff's Complaint as to it. The Complaint fails to allege facts sufficient to establish personal jurisdiction over the moving defendant and fails to state a claim on which relief may be granted. In support of this motion, TFI Envision, Inc. submits the accompanying memorandum of law and the accompanying declaration of Elizabeth P. Ball.

Dated: January 15, 2020

    Respectfully submitted,

    */s/ Scott D. Simpkins*
    Scott D. Simpkins (0066775)
    sdsimp@climacolaw.com
    CLIMACO, WILCOX, PECA,
    & GAROFOLI CO., L.P.A.
    55 Public Square, Suite 1950
    Cleveland, Ohio 44113
    Telephone: (216) 621-8484
    Facsimile: (216) 771-1632

Alexander Mirkin (*pro hac vice*)
amirkin@offitkurman.com
OFFIT KURMAN, P.A.
10 East 40th Street
35th Floor
New York, NY 10016
Telephone: (212) 545-1900
Facsimile: (212) 545-1656

*Attorneys for Defendant TFI Envision, Inc.*