| | | |
|---|---|---|
| BABCOX MEDIA, INC., | ) | CASE NO.: 5:19-cv-01786 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **DECLARATION OF** |
| TFI ENVISION, INC., *et al.*, | ) | **GREG CIRA** |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, Greg Cira, pursuant to 28 U.S.C. § 1746, declare as follows:

1.　　I am the President of Plaintiff Babcox Media, Inc. ("Babcox"), and I make this declaration with respect to the *Babcox Media, Inc. v. TFI Envision, Inc., et al.* legal action, based on my personal knowledge and information, and my review of records and documents maintained by Babcox in the ordinary course of its business.

2.　　Babcox Media, Inc. ("Babcox") is located in Akron, Ohio and is a supplier of media services, including paper and on line publications, which, acting in conjunction with advertising and media placement companies, connects brand marketers with niche audiences in the automotive, auto care, power sports and truck fleet markets in Ohio and elsewhere.

3.　　TFI Envision, Inc. ("TFI") is an advertising agency and media buyer for clients, including but not limited to, those who wish to place automotive advertising in media created, controlled and distributed by Babcox. Between 2015 and 2019, TFI has negotiated and entered into numerous placement agreements with Plaintiff in Ohio, bought and placed direct client advertising with Babcox in Ohio, and paid Plaintiff itself for advertising services performed in Ohio pursuant to TFI's orders, including for one of Babcox's long time advertisers, Standard Motor Products ("SMP"). All of Babcox's professional services for TFI have been performed in Ohio. True and accurate copies of representative placement agreements and billing records between TFI and Babcox are attached hereto as Exhibit 1.

4.　　Prior to 2018, Babcox has never done business with Hillcorp, LLC, HillStory Media or Sean-Patrick Hillman (collectively "Hillman"). In or around 2018, TFI contacted Babcox and indicated it would be placing some orders with Babcox for SMP and other advertisers, working jointly with Hillman as its partner or agent, because Hillman allegedly had expertise in various online media platforms. TFI indicated it would still receive the payment from SMP and other advertisers itself, and ensure Babcox was paid for its services. But for TFI's involvement, Babcox would not have done business with Hillman.

**EXHIBIT**

A

5.     Babcox subsequently received large number of joint advertising placement orders in 2018 bearing both the TFI and Hillman logos, indicating to Babcox that the orders were being collectively placed by TFI and Hillman. Relying on this, Babcox provided in excess of $100,000 worth of advertising services to the Defendants in Ohio. True and accurate copies of representative joint placement orders between Babcox and TFI/Hillman are attached hereto as Exhibit 2.

6.     Babcox was not paid for all of its work performed under the joint TFI/Hillman placement orders, and thus reached out to TFI and Hillman about this. TFI, acting through its President Elizabeth Ball ("Ball"), indicated it had received the payment for this work from SMP and other advertisers, but rather than paying Babcox directly as it had done many time in the past, instead forwarded the money to its partner Hillman. However, neither TFI or Hillman have fully paid for Babcox's services at issue in this action.

7.     During ongoing discussions in 2019 about the failure of TFI and Hillman to pay for their joint orders, Ball told Babcox that TFI would follow up with Hillman and make sure Babcox was paid. Babcox also communicated with Hillman, who acknowledged he received the money SMP paid for the Orders placed with the joint TFI/Hillman logos, and made numerous promises to pay. However, neither Hillman or TFI have fully paid Babcox for their joint Orders to date.

8.     Babcox subsequently communicated with SMP in 2019 and 2020 about the failure of TFI and Hillman to pay for its placement orders. SMP provided Babcox with a copy of a Statement of Work agreement between SMP on one hand, and TFI and Hillman acting jointly as the "Agency" on the other hand, prepared and signed by Elizabeth Ball of TFI and Carol Karpa of Hillman, whereby TFI and Hillman were to perform extensive media placement services for SMP for a renewable one year term beginning on January 1, 2019. This agreement bears the same joint TFI/Hillman logo as is found on their Babcox placement orders at issue in this lawsuit. After neither TFI or Hillman paid Babcox for their joint orders, Babcox was informed that SMP terminated its agreement with them for that reason. A true and accurate copy of the joint TFI/Hillman – SMP Statement of Work agreement is attached hereto as Exhibit 3.

9.     Paragraph (1), (a) on page 3 of 4 of the SMP – TFI/Hillman Statement of Work agreement, "Legal Relationship Details, Payments," provides in pertinent part "The Agency [TFI/Hillman] shall be solely liable for payment of all vendor invoices, once the Agency has been paid for those invoices by the Client." SMP also confirmed that it paid TFI for the subject placement orders.

10.     TFI continued to negotiate and place advertisements with Babcox in Ohio, through 2019. Copies of representative orders TFI has negotiated and placed with Babcox in Ohio are attached hereto as Exhibit 3.

11.     Defendants TFI and Hillman reached out to Babcox and initiated contact with Babcox in Ohio regarding the placement orders at issue, and the terms of the Orders were negotiated by them during phone and email communications with Babcox in Ohio. Babcox fully performed the work required under the Orders in Ohio. Payment was required to be made to Babcox in Ohio. The advertising placed arising the Orders was published in Ohio and elsewhere.

I declare under penalty of perjury this $\underline{5}$ day of February, 2021 that the forgoing is true and correct, to the best of my knowledge and information.

Greg Cira

# Della Femina Advertising

## MAGAZINE ORDER REVISION

Counterman
Babcox Media, Inc
3550 Embassy Pkwy
Akron, OH 44333-8313

Glenn Warner
Babcox Media Inc
3550 Embassy Pkwy
Akron, OH 44333-8313
gwarner@babcox com
330-670-1234 #212
Fax 330-670-7157

**Publication :** Counterman
**Client :** TFI Envision, Inc/SMP
**Division :** TFI Envision, Inc /SMP
**Product :** Standard Motor Products
**Campaign :**

**Order No. :** 003861-01   **Date :** 1/14/2015
**Page :** 1 of 3   **Ven/Rep :** counte
**Buyer :** Lindsey Kerndt
**Description :** SMP 2015 Counterman

| Line | Insert Date | Ad Size | Headline | Material Due | Gross Amount |
|---|---|---|---|---|---|
| **\*\*REVISED\*\*** | | | | | |
| 001 | 1/1/2015 | P4C | TechSmart | 12/19/2014 | 5,072 30 |

**Edition/Issue :** January
**Space Close :** 12/16/2014
**Material Notes :** Tina Purnell tpurnell@babcox.com 330-670-1234 x 243

| | | | | | |
|---|---|---|---|---|---|
| 002 | 2/1/2015 | P4C | TechSmart | 1/26/2015 | 5 072 30 |

**Edition/Issue :** February
**Space Close :** 1/19/2015
**Material Notes :** Tina Purnell tpurnell@babcox.com 330-670-1234 x 243

| | | | | | |
|---|---|---|---|---|---|
| 003 | 3/1/2015 | P4C | App Promotion | 2/18/2015 | 5 072 30 |

**Edition/Issue :** March
**Space Close :** 2/18/2015
**Material Notes :** Tina Purnell tpurnell@babcox.com 330-670-1234 x 243

| | | | | | |
|---|---|---|---|---|---|
| 004 | 4/1/2015 | P4C | Make It QWIK Promotion | 3/23/2015 | 5 072 30 |

**Edition/Issue :** April
**Space Close :** 3/16/2015
**Material Notes :** Tina Purnell tpurnell@babcox.com 330-670-1234 x 243

| | | | | | |
|---|---|---|---|---|---|
| 005 | 4/1/2015 | 8-Page Tip In | Creative TBD | 4/1/2015 | 14 450 00 |

**Edition/Issue :** April Tip-In
**Space Close :** 4/1/2015
**Instructions :** Material Deadlines TBD
**Material Notes :** Tina Purnell tpurnell@babcox.com 330-670-1234 x 243

| | | | | | |
|---|---|---|---|---|---|
| 011 | 5/1/2015 | P4C | TechSmart | 4/7/2015 | 5 072 30 |

**Edition/Issue :** May
**Space Close :** 3/31/2015
**Material Notes :** Tina Purnell tpurnell@babcox.com 330-670-1234 x 243


EXHIBIT
A-1

# Della Femina Advertising

## MAGAZINE ORDER REVISION

Counterman
Babcox Media, Inc.
3550 Embassy Pkwy.
Akron, OH 44333-8313

Glenn Warner
Babcox Media, Inc.
3550 Embassy Pkwy.
Akron, OH 44333-8313
gwarner@babcox.com
330-670-1234 #212
Fax: 330-670-7157

**Publication :** Counterman
**Client :** TFI Envision, Inc/SMP
**Division :** TFI Envision, Inc./SMP
**Product :** Standard Motor Products
**Market :**

**Order No. :** 004272-00    **Date :** 10/8/2017
**Page :** 1 of 2    **Ven/Rep :** counte
**Buyer :** Susan Farren
**Description :** SMP 2017 Counterman Magazine

| Line | Insert Date | Ad Size | Headline | Material Due | Gross Amount |
|------|------|------|------|------|------|
| 001 | 3/1/2017 | 2 RH PAGES | Standard Diesel-Rd & Turbo Chargers | 2/15/2017 | 5,168.00 |
| **Material :** | 2 Right Hand Pages | | | | |
| **Space Close :** | 2/15/2017 | | | | |
| 002 | 4/1/2017 | 2 RH PAGES | Standard Diesel-Rd & Turbo Chargers | 3/3/2017 | 5,168.00 |
| **Material :** | 2 RH PAGES | | | | |
| **Space Close :** | 3/1/2017 | | | | |
| **\*\*REVISED\*\*** | | | | | |
| 003 | 6/1/2017 | 2 RH Pages | Standard Diesel-Road-Turbo Chargers | 5/5/2017 | 5,168.00 |
| **Material :** | 2 Right-Hand 4CFP ads | | | | |
| **Space Close :** | 5/1/2017 | | | | |
| 005 | 9/1/2017 | 4C FP | TPMS-TOR-FOOSBALL | 8/14/2017 | 5,330.00 |
| **Material :** | P4C PARTS | | | | |
| **Space Close :** | 8/1/2017 | | | | |
| 006 | 9/1/2017 | FALSE COVER | Standard Diesel FJ927NX & ECK1 | 8/14/2017 | 11,165.00 |
| **Material :** | FALSE COVER | | | | |
| **Space Close :** | 8/1/2017 | | | | |
| 004 | 10/1/2017 | 1 RH PAGES | TPMS TOR FOOSBALL | 9/5/2017 | 2,584.00 |
| **Material :** | Right-Hand-4C FP | | | | |
| **Space Close :** | 9/1/2017 | | | | |
| 007 | 10/1/2017 | Belly Band | TPMS - Safety First | 9/14/2017 | 6,116.00 |
| **Material :** | Belly Band | | | | |
| **Space Close :** | 9/1/2017 | | | | |
| 008 | 10/1/2017 | | | 10/1/2017 | 9,120.00 |
| **Material :** | 8-page Techsmart Insert | | | | |

# MAGAZINE ORDER REVISION

| Line | Insert Date | Ad Size | Headline | Material Due | Gross Amount |
|---|---|---|---|---|---|
| Space Close : | 9/1/2017 | | | | |
| 009 | 11/1/2017 | 1 RH PAGES | TPMS TOR X-RAY | 11/1/2017 | 2,584.00 |
| Material : | Right-Hand-4C FP | | | | |
| Space Close : | 11/1/2017 | | | | |

Sub-Total : 52,403.00

Agency Commission : -7,860.45

Order Total $44,542.55

**Shipping Address**
Counterman
Babcox Media, Inc.
3550 Embassy Pkwy.
Akron, OH 44333-8313

Agency Authorization:    Date: 10/8/2017

Vendor Acceptance:    Date:

The insertion order number must be on the invoice. Invoices will not be processed without the insertion order number.

Send two checking copies along with invoice to:
**Della Femina Advertising**
60 East 42nd Street; Suite 650
New York, NY 10165
Attn: Accounts Payable



**Remit to:**
P.O. Box 75606
Cleveland, OH 44101-4755

All other correspondence to:
3550 Embassy Parkway
Akron, OH 44333-8318
p: 330.670.1234
f: 330.670.7168

# INVOICE

| DATE | INVOICE # |
|---|---|
| 11/9/2017 | 2017-123594 |

Bill To:

Amy Pollard
TFI Envision, Inc
111 Westport Avenue
Norwalk, CT 06851

Advertiser:  **BBB Industries**

| PO Number | Publication | Issue | Year | Ad Size | Gross | Net | Amount |
|---|---|---|---|---|---|---|---|
| 3342 | AAPEX Express | Nov | 2017 | Full Page | 7,630.00 | 7,630.00 | $7,630.00 |
| **Total** | | | | | | | **$7,630.00** |

| Total: | $7,630.00 |
|---|---|

| Check #41741 payment posted on 11/22/2017 | -7,630.00 |
|---|---|
| **Total Due After Payments** | **$0.00** |

## Payment is due on or before 12/9/2017

FED. ID. 27-1128664
TERMS: 30 days from date of invoice, U.S. funds, no agency fee on overdue accounts.
Any claim for adjustment must be presented in writing within 20 days from date of billing.

## Thank you for your business!



Remit to:
P.O. Box 75606
Cleveland, OH 44101-4755

All other correspondence to:
3550 Embassy Parkway
Akron, OH 44333-8318
p: 330.670.1234
f: 330.670.7168

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/9/2017 | 2017-123595 |

Bill To:

Amy Pollard
TFI Envision, Inc
111 Westport Avenue
Norwalk, CT 06851

Advertiser:   BBB Industries

| PO Number | Publication | Issue | Year | Ad Size | Net | Amount |
|-----------|-------------|-------|------|---------|-----|--------|
| 3342 | AAPEX Event Guide | Nov | 2017 | Logo & Bold Listing | 0.00 | $0.00 |
| Total | | | | | | $0.00 |

| Total: | | | | | | $0.00 |

Payment is due on or before 12/9/2017

FED. ID. 27-1128664
TERMS: 30 days from date of invoice, U.S. funds, no agency fee on overdue accounts.
Any claim for adjustment must be presented in writing within 20 days from date of billing.

## Thank you for your business!



**Remit to:**
P.O. Box 75606
Cleveland, OH 44101-4755

All other correspondence to:
3550 Embassy Parkway
Akron, OH 44333-8318
p: 330.670.1234
f: 330.670.7168

# INVOICE

| DATE | INVOICE # |
|---|---|
| 11/9/2018 | 2018-139247 |

Bill To:
Amy Pollard
TFI Envision, Inc
111 Westport Avenue
Norwalk, CT 06851

Advertiser:   BBB Industries

| PO Number | Publication | Issue | Year | Ad Size | Gross | Net | Amount |
|---|---|---|---|---|---|---|---|
| 3681 | AAPEX Express | Nov | 2018 | Full Page | 7,630.00 | 7,630.00 | $7,630.00 |
| Total | | | | | | | $7,630.00 |

| Total: | $7,630.00 |
|---|---|

| Check #42381 payment posted on 12/5/2018 | -7,630.00 |
|---|---|
| Total Due After Payments | $0.00 |

## Payment is due on or before 12/9/2018

FED. ID. 27-1128664
TERMS: 30 days from date of invoice, U.S. funds, no agency fee on overdue accounts.
Any claim for adjustment must be presented in writing within 20 days from date of billing.

## Thank you for your business!



**Remit to:**
P.O. Box 75606
Cleveland, OH 44101-4755

All other correspondence to:
3550 Embassy Parkway
Akron, OH 44333-8318
p: 330.670.1234
f: 330.670.7168

# INVOICE

| DATE | INVOICE # |
|---|---|
| 11/12/2018 | 2018-139248 |

Bill To:
Amy Pollard
TFI Envision, Inc
111 Westport Avenue
Norwalk, CT 06851

Advertiser:    BBB Industries

| PO Number | Publication | Issue | Year | Ad Size | Net | Amount |
|---|---|---|---|---|---|---|
| 3681 | AAPEX Event Guide | Nov | 2018 | Logo & Bold Listing | 0.00 | $0.00 |
| Total | | | | | | $0.00 |

| Total: | $0.00 |
|---|---|

Payment is due on or before 12/12/2018

FED. ID. 27-1128664
TERMS: 30 days from date of invoice, U.S. funds, no agency fee on overdue accounts.
Any claim for adjustment must be presented in writing within 20 days from date of billing.

## Thank you for your business!



**Remit to:**
P.O. Box 75606
Cleveland, OH 44101-4755

All other correspondence to:
3550 Embassy Parkway
Akron, OH 44333-8318
p. 330.670.1234
f: 330.670.7168

# INVOICE

| DATE | INVOICE # |
|---|---|
| 7/26/2018 | 2018-138454 |

Bill To:

Amy Pollard
TFI Envision, Inc
111 Westport Avenue
Norwalk, CT 06851

Advertiser: Old World Industries

| PO Number | Publication | Issue | Year | Ad Size | Production Charge | Net | Amount |
|---|---|---|---|---|---|---|---|
| 3657 | Tomorrow's Tech | Jul - Poster | 2018 | T2 Poster | 3,800.00 | 0.00 | $3,800.00 |
| **Total** | | | | | | | **$3,800.00** |

| | |
|---|---|
| **Total:** | **$3,800.00** |

| | |
|---|---|
| Check #42217 payment posted on 8/20/2018 | -3,800.00 |
| **Total Due After Payments** | **$0.00** |

Payment is due on or before 8/26/2018

FED. ID. 27-1128664
TERMS: 30 days from date of invoice, U.S. funds, no agency fee on overdue accounts.
Any claim for adjustment must be presented in writing within 20 days from date of billing.

**Thank you for your business!**

# hillSTORY | MEDIA

1776 Broadway | Suite 1610 | New York, NY | 10019

**TFI | envision**
THE CONNECTION TO CONVERSION AGENCY

## INSERTION ORDER - WEBSITE PLACEMENTS

| | | | | |
|---|---|---|---|---|
| **Order Ref. #:** | SMPBAB020518 3 | | **Date:** | 4/20/18  Revised |
| **Advertiser:** | Standard Motor Products | | **Vendor:** | Babcox Media, Inc. |
| **Contact:** | Sean Jareck | | **Contact:** | Mike Maleski |
| **Phone:** | 212.246.5520 | | **Phone:** | 330-670-1234 x219 |
| **Email:** | sjareck@hillstory.com | | **Email:** | mmaleski@babcox.com |

### See Media Plan Incorporated Herein For Details On Ad Placement.

| | |
|---|---|
| **Payment Due Date:** | Net 30 Days |
| **Total Payment Due:** | $70,759.95 |

**hillSTORY Authorized Signature:** *Sean Jareck*

| ION IOSMP2018 | Publication / Placement | Issue / Run Date | Space Closing | Material Closing | Unit | Position | Digital Media | Gross Media Cost (USD) | Length of Placement | Impressions |
|---|---|---|---|---|---|---|---|---|---|---|
| D300-02 | AftermarketNews.com | March | 2/1/18 | 2/15/18 | 300x250 | Fixed Pos C | Website | $1,100.00 | 1 month | 42,000 |
| D300-03 | AftermarketNews.com | May | 4/2/18 | 4/16/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 month | 42,000 |
| D300-04 | AftermarketNews.com | June | 5/1/18 | 5/15/18 | 300x250 | Fixed Pos C | Website | $1,100.00 | 1 month | 42,000 |
| D300-05 | AftermarketNews.com | October | 8/31/18 | 9/14/18 | 300x250 | Fixed Pos C | Website | $1,100.00 | 1 month | 42,000 |
| D300-06 | AftermarketNews.com | November | 10/1/18 | 10/15/18 | 300x250 | Fixed Pos B | Website | $1,100.00 | 1 month | 42,000 |
| D310-03 | AftermarketNews.com (Premium Pushdown) | 7/23/18 7/29/18 | 6/18/18 | 7/2/18 | 900x450, 900x150 | Top of Page | Website | $1,100.00 | 1 week Block | 18,000 |
| D310-04 | AftermarketNews.com (Premium Pushdown) | 8/27/18 8/2/18 | 7/23/18 | 8/6/18 | 900x450, 900x150 | Top of Page | Website | $1,100.00 | 1 week Block | 18,000 |
| D310-05 | AftermarketNews.com (Premium Pushdown) | 9/17/18 9/23/18 | 8/13/18 | 8/27/18 | 900x450, 900x150 | Top of Page | Website | $1,100.00 | 1 week Block | 18,000 |
| D310-06 | AftermarketNews.com (Premium Pushdown) | 11/19/18 11/25/18 | 10/15/18 | 10/29/18 | 900x450, 900x150 | Top of Page | Website | $1,100.00 | 1 week Block | 18,000 |
| D320-03 | BrakeAndFrontEnd.com | March | 2/1/18 | 2/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 month | 27,000 |
| D320-04 | BrakeAndFrontEnd.com | April | 3/1/18 | 3/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 month | 27,000 |
| D320-05 | BrakeAndFrontEnd.com | June | 5/1/18 | 5/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 month | 27,000 |
| D320-06 | BrakeAndFrontEnd.com | July | 6/1/18 | 6/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 month | 27,000 |
| D320-07 | BrakeAndFrontEnd.com | September | 8/1/18 | 8/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 month | 27,000 |
| D320-08 | BrakeAndFrontEnd.com | November | 10/1/18 | 10/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 month | 27,000 |
| D321-01 | BrakeAndFrontEnd.com VIDEO | May | 3/1/18 | 4/2/18 | Video Sponsorship | Video | Website | $5,036.00 | 1 month | 73,000 |
| D321-02 | BrakeAndFrontEnd.com VIDEO | October | 8/1/18 | 8/31/18 | Video Sponsorship | Video | Website | $4,407.00 | 1 month | 73,000 |
| D330-03 | Counterman.com | March | 2/1/18 | 2/15/18 | 300x250 | Fixed Pos B | Website | $1,100.00 | 1 month | 27,000 |
| D330-04 | Counterman.com | April | 3/1/18 | 3/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 month | 27,000 |
| D330-05 | Counterman.com | July | 6/1/18 | 6/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 month | 27,000 |
| D330-06 | Counterman.com | August | 7/2/18 | 7/16/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 month | 27,000 |
| D330-07 | Counterman.com | September | 8/1/18 | 8/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 month | 27,000 |
| D330-08 | Counterman.com | October | 8/31/18 | 9/14/18 | 300x250 | Fixed Pos B | Website | $1,100.00 | 1 month | 27,000 |
| D330-09 | Counterman.com | November | 10/1/18 | 10/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 month | 27,000 |
| D330-11 | Counterman.com PARALLAX | 7/23/18 7/29/18 | 6/25/18 | 7/9/18 | 700x1000, 700x250 | ROS | Website | $1,100.00 | 1 Week | 8,000 |
| D330-12 | Counterman.com Premium Pushdown | 5/21/18 5/27/18 | 4/16/18 | 4/30/18 | 900x450, 900x150 | Top of Page | Website | $1,100.00 | 1 week Block | TBD |
| D340-03 | Import-Car.com | March | 2/1/18 | 2/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 37,000 |
| D340-04 | Import-Car.com | May | 4/2/18 | 4/16/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 37,000 |
| D340-05 | Import-Car.com | July | 6/1/18 | 6/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 37,000 |
| D340-06 | Import-Car.com | August | 7/2/18 | 7/16/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 37,000 |
| D340-07 | Import-Car.com | October | 8/31/18 | 9/14/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 37,000 |
| D340-08 | Import-Car.com | November | 10/1/18 | 10/15/18 | 300x250 | Fixed Pos B | Website | $1,100.00 | 1 Month | 37,000 |
| D340-09 | Import-Car.com | December | 11/1/18 | 11/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 37,000 |
| D341-01 | Import-Car.com VIDEO | June | 4/2/18 | 5/1/18 | Video Sponsorship | Video | Website | $5,036.00 | 1 Month | 50,000 |
| D341-02 | Import-Car.com VIDEO | September | 7/2/18 | 8/1/18 | Video Sponsorship | Video | Website | $4,407.00 | 1 Month | 50,000 |
| D350-03 | TireReview.com | March | 2/1/18 | 2/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 27,000 |
| D350-04 | TireReview.com | May | 4/2/18 | 4/16/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 27,000 |
| D350-05 | TireReview.com | June | 5/1/18 | 5/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 27,000 |
| D350-06 | TireReview.com | July | 6/1/18 | 6/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 27,000 |
| D350-07 | TireReview.com | September | 8/1/18 | 8/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 27,000 |
| D350-08 | TireReview.com | October | 8/31/18 | 9/14/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 27,000 |
| D360-01 | TomorrowsTechnician.com | March | 2/1/18 | 2/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 45,000 |
| D360-02 | TomorrowsTechnician.com | April | 3/1/18 | 3/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 45,000 |
| D360-03 | TomorrowsTechnician.com | May | 4/2/18 | 4/16/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 45,000 |
| D360-04 | TomorrowsTechnician.com | June | 5/1/18 | 5/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 45,000 |
| D360-05 | TomorrowsTechnician.com | July | 6/1/18 | 6/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 45,000 |
| D360-06 | TomorrowsTechnician.com | September | 8/1/18 | 8/15/18 | 728x90 | Fixed Pos A | Website | $1,100.00 | 1 Month | 45,000 |
| D361-01 | TomorrowsTechnician.com WEBINAR | October | 7/2/18 | 8/1/18 | Webinar Sponsor | Webinar | Website | $8,250.00 | 1 Month | TBD |

EXHIBIT
A-2

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| D370-02 | UnderhoodService.com | | March | 2/1/18 | 2/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 Month | 95,000 |
| D370-03 | UnderhoodService.com | | April | 3/1/18 | 3/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 95,000 |
| D370-04 | UnderhoodService.com | | May | 5/1/18 | 5/15/18 | 728x90 | Fixed Pos. A | Website | $1,100.00 | 1 Month | 95,000 |
| D370-05 | UnderhoodService.com | | July | 6/1/18 | 6/15/18 | 728x90 | Dynamic | Website | $1,100.00 | 1 Month | 95,000 |
| D371-01 | UnderhoodService.com VIDEO | | October | 8/1/18 | 8/31/18 | Video Sponsorship | Video | Website | $4,407.00 | 1 Month | 95,000 |

**Total Net Media Cost:** $70,759.35

## ADDITIONAL INSTRUCTIONS

**Send Invoices To:**
hllSTORY Media
1776 Broadway Suite 1610
New York, NY 10019

**Contact:** Sean Jareck
**Phone:** 212.246.5520
**Email:** sjareck@hllistory.com

**Creative Agency:**
TFI Envision, Inc.
111 Westport Avenue
Norwalk, CT 06851

**Contact:** Catherine Smith
**Phone:** 203.845.0700 x10
**Email:** catherine@tfienvision.com

## TERMS

**Materials:** Materials for each individual insertion will be sent directly from the advertiser to the publisher by the Materials Due Date listed above unless otherwise specified

**Invoices:** All invoices must be sent to hllSTORY Media only at the address above and NOT to advertiser. Include IO Number on all invoices, otherwise invoice will be sent back without processing

**Other Terms:** hllSTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser, who is solely responsible for payment of this order. hllSTORY Media will bill the advertiser and, upon receipt of payment due, will remit the amount due to media vendor upon payment due date. If hllSTORY Media does not receive payment from the advertiser before the Materials Due Date, then it may cancel this order immediately upon notice and without further obligation to publisher. This IO is for a one time order only and hllSTORY Media may change, modify or cancel any or all parts of this IO without penalty upon written notice (via email, facsimile, or otherwise) to publisher on or prior to space closing and will have no further obligation to publisher. Any unauthorized or incorrect insertions will be the responsibility of the media vendor and not hllSTORY Media or advertiser. If the advertisement runs incorrectly due to any fault of the media vendor neither hllSTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this IO, the media vendor understands and agrees to be bound by all terms and conditions contained in this IO. No verbal agreements are recognized by the parties. This is the complete and exclusive understanding of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents or correspondence shall apply

# hillSTORY | MEDIA

1775 Broadway | Suite 1610 | New York, NY | 10019



TFI | envision,™

THE CONNECTION TO CONVERSION AGENCY

## INSERTION ORDER

| | |
|---|---|
| **Order Ref. #:** | SMPBAB122017 |
| **Advertiser:** | Standard Motor Products |
| **Contact:** | Sean Jareck |
| **Phone:** | 212.246.5520 |
| **Email:** | sjareck@hillstory.com |

| | |
|---|---|
| **Date:** | 12/21/17 |
| **Vendor:** | Babcox Media, Inc. |
| **Contact:** | Mike Maleski |
| **Phone:** | 330-670-1234 x219 |
| **Email:** | mmaleski@babcox.com |

See Media Plan Incorporated Herein For Details On Ad Placement.

**Payment Due Date:**     Net 30 Days

**Total Payment Due:**     $10,285.00

hillSTORY Authorized Signature:     *Sean Jareck*

| IO # | Publication / Placement | Issue / Run Date | Space Closing | Material Closing | Unit | Position | Media | Gross Media Cost (USD) | Editorial | # Ins / Length of Placement | Circ / Imps | E-New. Subs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IOSMP2018D30-01 | aftermarketNews Daily Newsletter | 1/16/18-1/31/18 | 12/20/17 | 1/8/18 | 60S x80 JPG, GIF, or PNG Click thru URL | Pos. 4 | Digital | $1,100.00 | n/a | 1x 2-week Block | -- | 8,200 |
| IOSMP2018D31-01 | aftermarketNews Global Newsletter | 1/2/18-1/15/18 | 12/20/17 | 12/22/17 | 300x250 JPG, GIF, or PNG Click-thru URL | Pos. 1 | Digital | $1,100.00 | n/a | 1x 2-week Block | --- | 16,000 |
| IOSMP2018D31-02 | aftermarketNews Global Newsletter | 1/16/18-1/31/18 | 12/20/17 | 1/5/18 | 300x250 JPG, GIF, or PNG Click-thru URL | Pos. 1 | Digital | $0.00 | n/a | 1x 2-week Block | -- | 16,000 |
| IOSMP2018D300-01 | AftermarketNews.com | January | 12/20/17 | 12/22/17 | 728x90 | Pos C | Digital | $1,100.00 | n/a | 1-Month | 42,000 | -- |
| IOSMP2018D320-01 | BrakeAndFrontEnd.com | January | 12/20/17 | 12/22/17 | 728x90 | Pos. B | Digital | $1,100.00 | n/a | 1-Month | 27,000 | -- |
| IOSMP2018D32-01 | Brake & Front End Newsletter | 1/8/18-1/15/18 | 12/14/17 | 12/22/17 | 300x250 JPG, GIF, or PNG - Click-thru URL | Pos. 1 | Digital | $1,100.00 | n/a | 1-Week (Mon) | --- | 24,065 |
| IOSMP2018D330-01 | Counterman.com | January | 12/20/17 | 12/22/17 | 728x90 | Dynamic | Digital | $1,100.00 | n/a | 1-Month | 27,000 | -- |
| IOSMP2018D330-10 | Counterman.com Parallax | 1/15/18-1/21/18 | 12/20/17 | 1/5/18 | Parallax: 700x1080 Scrolls thru a 700x250 window | ROS | Digital | $1,100.00 | n/a | 1-Week | 8,000 | -- |
| IOSMP2018D340-01 | Import-Car.com | January | 12/20/17 | 12/22/17 | 728x90 | Pos. A | Digital | $1,100.00 | n/a | 1-Month | 37,000 | -- |
| IOSMP2018D35-01 | Tire Review Newsletter | January | 12/20/17 | 12/22/17 | 300x250 | Pos. 2 | Digital | $1,100.00 | n/a | 1-Month | -- | 17,762 |
| IOSMP2018D350-01 | TireReview.com | January | 12/20/17 | 12/22/17 | 728x90 | Pos. A | Digital | $1,100.00 | n/a | 1 Month | 27,000 | -- |
| IOSMP2018D37-01 | Underhood Service Newsletter | 1/15/18-1/21/18 | 12/20/17 | 1/5/18 | 300x250 JPG, GIF, or PNG Click-thru URL | Pos 2 | Digital | $1,100.00 | n/a | 1-Week Block | -- | 28,382 |

**Total Net Media Cost:**     $10,285.00

## ADDITIONAL INSTRUCTIONS

| **Send Invoices To:** | | | **Creative Agency:** | | |
|---|---|---|---|---|---|
| hillSTORY Media | **Contact:** | Sean Jareck | TFI Envision, Inc. | **Contact:** | Catharine Smith |
| 1776 Broadway Suite 1610 | **Phone:** | 212.246.5520 | 111 Westport Avenue | **Phone:** | 203.845.0700 x10 |
| New York, NY 10019 | **Email:** | sjareck@hillstory.com | Norwalk, CT 06851 | **Email:** | catherine@tfienvision.com |

## TERMS

Materials: Materials for each individual insertion will be sent directly from the advertiser or to published by the Materials Due Date listed above unless otherwise specified.

Invoices: All invoices must be sent to hillSTORY Media only, as the agent for the advertiser above and NOT to advertiser. Include PO Number on all invoices, unless so invoice will be sent back without processing.

Other Terms: hillSTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser, who is solely responsible for payment of this order. hillSTORY Media will bill the advertiser and, upon receipt of payment due, will remit the same pro rata to media vendor upon payment due date. If hillSTORY Media does not receive payment from the advertiser before the Materials Due Date, then it may cancel this order immediately upon notice and without further obligation to publisher. This PO is for a one time insertion order only. Any unauthorized or misplaced insertions will be the responsibility of the media vendor and not hillSTORY Media or advertiser. If the advertisement runs incorrectly due to any fault of the media vendor neither hillSTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this PO, the media vendor understands and agrees to be bound by all terms and conditions contained in this PO. The verbal agreements are recognized by the parties. This is the complete and exclusive understanding of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents, or c... independent shall apply.

# hillSTORY | MEDIA

1776 Broadway | Suite 1610 · New York, NY | 10019

**TFI | envision** inc
THE CONNECTION TO CONVERTED AGENCY

## INSERTION ORDER

| | | | |
|---|---|---|---|
| **Order Ref. #:** | SMP6A8011018 | **Date:** | 1/12/18 |
| **Advertiser:** | Standard Motor Products | **Vendor:** | Babcox Media, Inc |
| **Contact:** | Sean Jareck | **Contact:** | Mike Maleski |
| **Phone:** | 212.246.5520 | **Phone:** | 330.670.1234 x219 |
| **Email:** | sjareck@hillstory.com | **Email:** | mmaleski@babcox.com |

See Media Plan Incorporated Herein For Details On Ad Placement.

| | |
|---|---|
| **Payment Due Date:** | Net 30 Days |
| **Total Payment Due:** | $17,323.00 |

**hillSTORY Authorized Signature:** *Sean Jareck*

| IO# IOSMP2018 | Publication / Placement | Issue / Run Date | Space Closing | Material Closing | Unit | Position | Media | Gross Media Cost (USD) | Editorial | # Ins / Length of Placement | Circ / Imps | E-New. Subs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D30-02 | aftermarketNews Daily Newsletter | 2/16/18-2/28/18 | 1/15/18 | 2/1/18 | 605x80 | Pos. 8 | Digital | $1,100.00 | --- | 1x 2-week Block | --- | 8,200 |
| D31-03 | aftermarketNews Global Newsletter | 2/1/18-2/15/18 | 1/2/18 | 1/15/18 | 300x250 | Pos. 1 | Digital | $1,100.00 | --- | 1x 2-week Block | --- | 16,000 |
| D31-04 | aftermarketNews Global Newsletter | 2/16/18-2/28/18 | 1/15/18 | 2/1/18 | 300x250 | Pos. 1 | Digital | $0.00 | --- | 1x 2-week Block | --- | 16,000 |
| D310-01 | AftermarketNews.com (Premium Pushdown) | 2/26/18-3/4/18 | 1/22/18 | 2/5/18 | Pushdown: 900x450, 900x150 | Top of Page | Digital | $1,100.00 | --- | 1 week Block | 18,000 | --- |
| D32-02 | Brake & Front End Newsletter | 2/1/18-2/14/18 | 1/4/18 | 1/18/18 | 300x250 | Pos. 3 in Wk 1; Pos 1 in Wk 2 | Digital | $1,100.00 | --- | 1-Week (Thu) | --- | 24,065 |
| D320-02 | BrakeAndFrontEnd.com | February | 1/2/18 | 1/15/18 | 728x90 | Dynamic | Digital | $1,100.00 | --- | 1 month | 27,000 | --- |
| D33-01 | Counterman Newsletter | 2/16/18-2/28/18 | 1/15/18 | 2/1/18 | 300x250 | Pos. 4 | Digital | $1,100.00 | --- | 1x 2-week Block | --- | 24,000 |
| D330-02 | Counterman.com | February | 1/2/18 | 1/15/18 | 728x90 | Dynamic | Digital | $1,100.00 | --- | 1 month | 29,000 | --- |
| D340-02 | Import-Car.com | February | 1/2/18 | 1/15/18 | 728x90 | Dynamic | Digital | $1,100.00 | --- | 1 Month | 37,000 | --- |
| D35-02 | Tire Review Newsletter | February | 1/2/18 | 1/15/18 | 300x250 | Pos. 3 | Digital | $1,100.00 | --- | 1 Month | --- | 17,762 |
| D350-02 | TireReview.com | February | 1/2/18 | 1/15/18 | 728x90 | Pos A | Digital | $1,100.00 | --- | 1 Month | 27,000 | --- |
| D37-02 | Underhood Service Newsletter | 2/5/18-2/11/18 | 1/5/18 | 1/15/18 | 300x250 | Pos. 1 | Digital | $1,100.00 | --- | 1 week Block | --- | 28,382 |
| D37-03 | Underhood Service Newsletter | 2/26/18-3/4/18 | 1/26/18 | 2/5/18 | 300x250 | Pos. 3 | Digital | $1,100.00 | --- | 1 week Block | --- | 28,382 |
| D370-01 | UnderhoodService.com | February | 1/2/18 | 1/15/18 | 728x90 | Dynamic | Digital | $1,100.00 | --- | 1 Month | 95,000 | --- |
| P34-01 | ImportCar | February | 1/23/18 | 1/30/18 | P4C | RHP adjacent to TPMS Editorial | Print | $3,040.00 | TPMS Tech: Audi | 1 | 27,075 | --- |
| P35-01 | Tire Review | February | 1/18/18 | 1/23/18 | P4C | RHP adjacent to TPMS Editorial | Print | $3,040.00 | Tire Focus: Winter Tires + Tire Service 101: Rotation | 1 | 32,229 | --- |

**Total Net Media Cost:** $17,323.00

## ADDITIONAL INSTRUCTIONS

| **Send Invoices To:** | | | **Creative Agency** | | |
|---|---|---|---|---|---|
| hillSTORY Media | **Contact:** | Sean Jareck | TFI Envision, Inc | **Contact:** | Catherine Smith |
| 1776 Broadway Suite 1610 | **Phone:** | 212.246.5520 | 111 Westport Avenue | **Phone:** | 203.845.0700 x10 |
| New York, NY 10019 | **Email:** | sjareck@hillstory.com | Norwalk, CT 06851 | **Email:** | catherine@tfienvision.com |

## TERMS

Materials: Materials for each insertion or insertion will be sent directly from the advertiser to the publisher by the Materials Due Date listed above unless otherwise specified.

Invoices: All invoices must be sent to hillSTORY Media only at the address above and EDI to advertiser. Include PO Number on all invoices, otherwise charge will be sent back without processing.

Other Terms: hillSTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser, which is solely responsible for payment of this order. hillSTORY Media will bill the advertiser and, upon receipt of payment due will remit the amount due to media vendor upon payment due date. hillSTORY Media does not receive any fees from the advertiser before the Materials Due Date, therefore any cancel this order immediately upon notice and without further obligation to publisher. This IO is for advertising insertion order only. Any vendor insertion errors will be the responsibility of the media vendor and not hillSTORY Media or advertiser. If one advertisement is inaccurately due to any fault of the media vendor neither hillSTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this PO the media vendor understands and agrees to be bound by all terms and conditions contained in this PO. This order represents the entire agreement of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents or correspondence shall apply.

hillSTORY Media

# hillSTORY | MEDIA

1776 Broadway | Suite 1610 | New York, NY | 10019



■ TFI | envision. TM
THE CONNECTION TO CONVERSION AGENCY

## INSERTION ORDER - NEWSLETTER PLACEMENTS

| | | | | |
|---|---|---|---|---|
| **Order Ref. #:** | SMPBAB020518-2 | | **Date:** | 2/5/18   Revised |
| **Advertiser:** | Standard Motor Products | | **Vendor:** | Babcox Media, Inc. |
| **Contact:** | Sean Jareck | | **Contact:** | Mike Maleski |
| **Phone:** | 212.246.5520 | | **Phone:** | 330-670-1234 x219 |
| **Email:** | sjareck@hillstory.com | | **Email:** | mmaleski@babcox.com |

See Media Plan Incorporated Herein For Details On Ad Placement.

**Payment Due Date:**     Net 30 Days
**Total Payment Due:**     $68,255.00

**hillSTORY Authorized Signature:**   *Sean Jareck*

| IO# IOSMP2018 | Publication / Placement | Issue / Run Date | Space Closing | Material Closing | Unit | Position | Digital Media | Gross Media Cost (USD) | Length of Placement | E-News Subs |
|---|---|---|---|---|---|---|---|---|---|---|
| D30-03 | aftermarketNews Daily Newsletter | 3/16/18-3/31/18 | 2/15/18 | 2/28/18 | 605x80 or Text ad | Pos. 5 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| D30-04 | aftermarketNews Daily Newsletter | 5/1/18-5/15/18 | 4/2/18 | 4/17/18 | 605x80 or Text ad | Pos. 6 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| D30-05 | aftermarketNews Daily Newsletter | 6/1/18-6/15/18 | 5/1/18 | 5/15/18 | 605x80 or Text ad | Pos. 9 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| D30-06 | aftermarketNews Daily Newsletter | 7/16/18-7/31/18 | 6/15/18 | 6/29/18 | 605x80 or Text ad | Pos. 6 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| D30-07 | aftermarketNews Daily Newsletter | 9/16/18-9/30/18 | 8/16/19 | 8/31/18 | 605x80 or Text ad | Pos. 8 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| D30-08 | aftermarketNews Daily Newsletter | 10/16/18-10/31/18 | 9/17/18 | 10/1/18 | 605x80 or Text ad | Pos. 4 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| D30-09 | aftermarketNews Daily Newsletter | 11/1/18-11/15/18 | 10/1/18 | 10/15/18 | 605x80 or Text ad | Pos. 10 | Newsletter | $1,100.00 | 1x 2-week Block | 8,200 |
| D31-05 | aftermarketNews Global Newsletter | 3/1/18-3/15/18 | 2/1/18 | 2/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-06 | aftermarketNews Global Newsletter | 3/16/18-3/31/18 | 2/16/18 | 2/28/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-07 | aftermarketNews Global Newsletter | 4/1/18-4/15/18 | 3/1/18 | 3/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-08 | aftermarketNews Global Newsletter | 4/16/18-4/30/18 | 3/16/18 | 4/2/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-09 | aftermarketNews Global Newsletter | 5/1/18-5/15/18 | 4/2/18 | 4/17/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-10 | aftermarketNews Global Newsletter | 5/16/18-5/31/18 | 4/16/18 | 5/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-11 | aftermarketNews Global Newsletter | 6/1/18-6/15/18 | 5/1/18 | 5/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-12 | aftermarketNews Global Newsletter | 6/16/18-6/30/18 | 5/16/18 | 6/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-13 | aftermarketNews Global Newsletter | 7/1/18-7/15/18 | 6/1/18 | 6/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-14 | aftermarketNews Global Newsletter | 7/16/18-7/31/18 | 6/15/18 | 7/2/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-15 | aftermarketNews Global Newsletter | 8/1/18-8/15/18 | 7/2/18 | 7/16/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-16 | aftermarketNews Global Newsletter | 8/16/18-8/31/18 | 7/16/18 | 8/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-17 | aftermarketNews Global Newsletter | 9/1/18-9/15/18 | 8/1/18 | 8/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-18 | aftermarketNews Global Newsletter | 9/16/18-9/30/18 | 8/16/18 | 8/31/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-19 | aftermarketNews Global Newsletter | 10/1/18-10/15/18 | 8/30/18 | 9/14/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-20 | aftermarketNews Global Newsletter | 10/16/18-10/31/18 | 9/17/18 | 10/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-21 | aftermarketNews Global Newsletter | 11/1/18-11/15/18 | 10/1/18 | 10/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-22 | aftermarketNews Global Newsletter | 11/16/18-11/30/18 | 10/16/18 | 11/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D31-23 | aftermarketNews Global Newsletter | 12/1/18-12/15/18 | 11/1/18 | 11/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 16,000 |
| D31-24 | aftermarketNews Global Newsletter | 12/16/18-12/31/18 | 11/16/18 | 11/30/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $0.00 | 1x 2-week Block | 16,000 |
| D32-03 | Brake & Front End Newsletter | 3/12/18-3/18/18 | 2/12/18 | 2/26/18 | 300x250 or Text ad | Pos. 4 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-04 | Brake & Front End Newsletter | 4/2/18-4/8/18 | 3/5/18 | 3/19/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-05 | Brake & Front End Newsletter | 4/30/18-5/6/18 | 4/2/18 | 4/16/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,300.00 | 1-Week (Mon) | 24,065 |
| D32-06 | Brake & Front End Newsletter | 6/11/18-6/17/18 | 5/14/18 | 5/28/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-07 | Brake & Front End Newsletter | 7/16/18-7/22/18 | 6/18/18 | 7/2/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-08 | Brake & Front End Newsletter | 8/20/18-8/26/18 | 7/23/18 | 8/6/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-09 | Brake & Front End Newsletter | 9/10/18-9/16/18 | 8/13/18 | 8/27/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-10 | Brake & Front End Newsletter | 9/24/18-9/30/18 | 8/27/18 | 9/10/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,200.00 | 1-Week (Mon) | 24,065 |
| D32-11 | Brake & Front End Newsletter | 10/15/18-10/21/18 | 9/17/18 | 10/1/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D32-12 | Brake & Front End Newsletter | 11/5/18-11/11/18 | 10/8/18 | 10/22/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1-Week (Mon) | 24,065 |
| D33-02 | Counterman Newsletter | 3/16/18-3/30/18 | 2/16/18 | 2/28/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-03 | Counterman Newsletter | 4/1/18-4/15/18 | 3/1/18 | 3/15/18 | 300x250 or Text ad | Pos. 4 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-04 | Counterman Newsletter | 4/16/18-4/30/18 | 3/16/18 | 4/2/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-05 | Counterman Newsletter | 5/1/18-5/15/18 | 4/2/18 | 4/17/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-06 | Counterman Newsletter | 5/16/18-5/31/18 | 4/16/18 | 5/1/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-07 | Counterman Newsletter | 6/1/18-6/15/18 | 5/1/19 | 5/15/18 | 300x250 or Text ad | Pos. 3 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-08 | Counterman Newsletter | 6/16/18-6/30/18 | 5/16/18 | 6/1/18 | 300x250 or Text ad | Pos. 3 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-09 | Counterman Newsletter | 7/16/18-7/31/18 | 6/15/18 | 7/2/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-10 | Counterman Newsletter | 8/16/18-8/31/18 | 7/16/18 | 8/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-11 | Counterman Newsletter | 9/16/18-9/30/18 | 8/16/18 | 8/31/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D33-12 | Counterman Newsletter | 10/16/18-10/31/18 | 9/17/18 | 10/1/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1x 2-week Block | 24,000 |
| D34-01 | ImportCar Newsletter | 3/5/2018-3/11/18 | 2/5/18 | 2/19/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-02 | ImportCar Newsletter | 3/26/18-4/1/18 | 2/26/18 | 3/12/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-03 | ImportCar Newsletter | 4/2/18-4/8/18 | 3/5/18 | 3/19/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-04 | ImportCar Newsletter | 4/23/18-4/29/18 | 3/26/18 | 4/9/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-05 | ImportCar Newsletter | 5/7/18-5/13/18 | 4/9/18 | 4/23/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-06 | ImportCar Newsletter | 6/4/18-6/10/18 | 5/7/18 | 5/21/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D34-07 | ImportCar Newsletter | 6/18/18-6/24/18 | 5/21/18 | 6/4/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-08 | ImportCar Newsletter | 7/9/18-7/15/18 | 6/11/18 | 6/25/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-09 | ImportCar Newsletter | 8/13/18-8/19/18 | 7/16/18 | 7/30/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-10 | ImportCar Newsletter | 9/3/18-9/9/18 | 8/6/18 | 8/20/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-11 | ImportCar Newsletter | 9/24/18-9/30/18 | 8/27/18 | 9/10/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-12 | ImportCar Newsletter | 10/15/18-10/21/18 | 9/17/18 | 10/1/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-13 | ImportCar Newsletter | 10/29/18-11/4/18 | 10/1/18 | 10/15/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D34-14 | ImportCar Newsletter | 11/5/18-11/11/18 | 10/8/18 | 10/22/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,000.00 | 1 week Block | 21,418 |
| D35-03 | Tire Review Newsletter | April | 3/1/18 | 3/15/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D35-04 | Tire Review Newsletter | May | 4/2/18 | 4/16/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D35-05 | Tire Review Newsletter | July | 6/1/18 | 6/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D35-06 | Tire Review Newsletter | August | 7/2/18 | 7/16/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D35-07 | Tire Review Newsletter | September | 8/1/18 | 8/15/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D35-08 | Tire Review Newsletter | October | 8/31/18 | 9/14/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 17,762 |
| D36-01 | Tomorrow's Tech Newsletter | April | 3/1/18 | 3/15/18 | 300x250 or Text ad | Pos. 6 | Newsletter | $1,100.00 | 1 Month | 16,000 |
| D36-02 | Tomorrow's Tech Newsletter | May | 4/2/18 | 4/16/18 | 300x250 or Text ad | Pos. 5 | Newsletter | $1,100.00 | 1 Month | 16,000 |
| D36-03 | Tomorrow's Tech Newsletter | June | 5/1/18 | 5/15/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 Month | 16,000 |
| D36-04 | Tomorrow's Tech Newsletter | September | 8/1/18 | 8/15/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 Month | 16,000 |
| D36-05 | Tomorrow's Tech Newsletter | October | 8/31/18 | 9/14/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 Month | 16,000 |
| D37-04 | Underhood Service Newsletter | 4/16/18-4/22/18 | 3/16/18 | 3/26/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-05 | Underhood Service Newsletter | 5/7/18-5/13/18 | 4/6/18 | 4/16/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-06 | Underhood Service Newsletter | 6/4/18-6/10/18 | 5/4/18 | 5/14/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-07 | Underhood Service Newsletter | 7/23/18-7/29/18 | 6/22/18 | 7/2/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-08 | Underhood Service Newsletter | 8/27/18-9/2/18 | 7/27/18 | 8/6/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-09 | Underhood Service Newsletter | 9/17/18-8/23/18 | 8/17/18 | 8/27/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-10 | Underhood Service Newsletter | 10/15/18-10/21/18 | 9/14/18 | 9/24/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-11 | Underhood Service Newsletter | 10/29/18-11/4/18 | 9/28/18 | 10/8/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-12 | Underhood Service Newsletter | 11/12/18-11/18/18 | 10/12/18 | 10/22/18 | 300x250 or Text ad | Pos. 2 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-13 | Underhood Service Newsletter | 11/26/18-12/2/18 | 10/26/18 | 11/5/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |
| D37-14 | Underhood Service Newsletter | 12/3/18-12/9/18 | 11/2/18 | 11/12/18 | 300x250 or Text ad | Pos. 1 | Newsletter | $1,100.00 | 1 week Block | 28,382 |

**Total Net Media Cost:** **$68,255.00**

## ADDITIONAL INSTRUCTIONS

| Send Invoices To: | | | Creative Agency: | | |
|---|---|---|---|---|---|
| hillSTORY Media | Contact: | Sean Jareck | TFI Envision, Inc. | Contact: | Catherine Smith |
| 1776 Broadway Suite 1610 | Phone: | 212.246.5520 | 111 Westport Avenue | Phone: | 203.845.0700 x10 |
| New York, NY 10019 | Email: | sjareck@hillstory.com | Norwalk, CT 06851 | Email: | catherine@tfienvision.com |

Materials: Materials for each individual insertion will be sent directly from the advertiser to the publisher by the Materials Due Date listed above unless otherwise specified

Invoices: All invoices must be sent to hiiISTORY Media only at the address above and NOT to advertiser. Include IO number on all invoices, otherwise invoice will be sent back without processing.

Other Terms: hiiISTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser, who is solely responsible for payment of this order. hiiISTORY Media will bill the advertiser and, upon receipt of payment due, will remit the amount due to media vendor upon payment due date. If hiiISTORY Media does not receive payment from the advertiser before the Materials Due Date, then it may cancel this order immediately upon notice and without further obligation to publisher. This IO is for a one-time order only and hiiISTORY Media may change, modify or cancel any or all parts of this IO without penalty upon written notice (via email, facsimile or otherwise) to publisher on or prior to space closing and will have no further obligation to publisher. Any unauthorized or incorrect insertions will be the responsibility of the media vendor and not hiiISTORY Media or advertiser. If the advertisement runs incorrectly due to any fault of the media vendor neither hiiISTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this IO, the media vendor understands and agrees to be bound by all terms and conditions contained in this IO. No verbal agreements are recognized by the parties. This is the complete and exclusive understanding of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents or correspondence shall apply.

# hillSTORY | MEDIA

1776 Broadway | Suite 1610 | New York, NY | 10019



## PURCHASE ORDER

| | | | |
|---|---|---|---|
| Date: | 3/22/18 | Vendor: | Babcox Media, Inc. |
| Order Ref. #: | PEAKBAB032218-1 | Contact: | Mike Maleski |
| Advertiser: | Old World Industries, LLC. | Phone: | 330-670-1234 x219 |
| Product: | Peak Anti-Freeze / Coolant | Email: | mmaleski@babcox.com |

## PRINT PLACEMENTS

| IO# | Publication / Placement | Start Date | Issue / Run Date | Space Closing | Material Closing | Unit | Position | Editorial | Media | Net Media Cost (USD) | Insertions | Circulation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IOPEAK2018-PCTM01 | Counterman | 5/1/18 | May | 4/17/18 | 4/24/18 | P4C | Adjacent to Antifreeze Editorial | Antifreeze: Coolant has become a "forgotten fluid" thanks to long life additives. | Print | $3,995 | 1 | 38,176 |
| IOPEAK2018-PCTM02 | Counterman | 9/1/18 | September | 8/17/18 | 8/24/18 | P4C | Opposite Relevant Editorial OR RHP Front of Book | P.A.R.T.S. (Professional Automotive Repair Technician Survey) | Print | $3,995 | 1 | 38,176 |
| IOPEAK2018-PCTM03 | Counterman | 10/25/18 | October | 9/28/18 | 10/5/18 | P4C | Adjacent to Cooling System (Potential Topic) Editorial | APEX Show Issue, ASE P2 Test Prep Guide | Print | $3,995 | 1 | 38,176 |

| Total Media Cost: | $11,985.00 |
|---|---|
| Payment Due: | Net 30 Days |

### ADDITIONAL INSTRUCTIONS

| Send Invoices To: | Contact: |
|---|---|
| hillSTORY Media | Sean Jareck |
| 1776 Broadway Suite 1610 | 212.246.5520 |
| New York, NY 10019 | sjareck@hillstory.com |

| Creative Agency: | Contact: |
|---|---|
| TFI Envision, Inc. | Liz Ball |
| 111 Westport Avenue | 203.845.0700 |
| Norwalk, CT 06851 | liz@tflenvision.com |

*Sean Jareck*

**hillSTORY Media Authorized Signature**

3/22/2018

**Date**

## TERMS

<u>Materials:</u> Materials for each individual insertion will be sent directly from the advertiser to the publisher by the Materials Due Date listed above unless otherwise specified.

<u>Invoices:</u> All invoices must be sent to hillSTORY Media only at the address above and NOT to advertiser. Include PO Number on all invoices, otherwise invoice will be sent back without processing.

<u>Other Terms:</u> hillSTORY Media acts only as an agent for the advertiser and does not guarantee payment from the advertiser, who is solely responsible for payment of this order. hillSTORY Media will bill the advertiser and, upon receipt of payment due, will remit the amount due to media vendor upon payment due date. If hillSTORY Media does not receive payment from the advertiser before the Materials Due Date, then it may cancel this order immediately upon notice and without further obligation to publisher. This IO is for a one time order only and hillSTORY Media may change, modify or cancel any or all parts of this IO without penalty upon written notice (via email, facsimile, or otherwise) to publisher on or prior to space closing and will have no further obligation to publisher. Any unauthorized or incorrect insertions will be the responsibility of the media vendor and not hillSTORY Media or advertiser. If the advertisement runs incorrectly due to any fault of the media vendor neither hillSTORY Media nor advertiser shall be responsible for payment for the advertisement. By accepting this IO, the media vendor understands and agrees to be bound by all terms and conditions contained in this IO. No verbal agreements are recognized by the parties. This is the complete and exclusive understanding of the parties with respect to this transaction. Facsimile or other copies shall be considered as originals. No additional or conflicting terms in any other documents or correspondence shall apply.

hillSTORY | MEDIA          

## Statement of Work

|  |  |
|---|---|
| Date | January 25, 2018 |
| Client | Standard Motor Parts |
| Initiative | Media Planning and Buying |
| Requested by | Phil Hutchens |
| From | Elizabeth Ball and Carol Karpa |

## Objectives

hillSTORY Media / TFI Envision will develop a 2019 media plan for Standard Motor Parts; as well as purchase, optimize and provide analytics of the approved plan. Fees and Commission will be applied against the media budget.

## Project Scope

This SOW covers the following activities and deliverables:

Media Planning and Buying Services - to develop plan to generate awareness of SMP Products. Services may include (as needed):

- General advice and counsel in the media market
- Design and develop a media plan to address SMP's marketing goals
- Negotiation with media outlets on behalf of SMP
- Purchase of selected ad placements
- Confirmation of ad placements
- Payment of ad placements
- Ongoing Optimization of Media
- Regular reporting results to SMP
- Work collaboratively with the larger marketing communications team to insure consistency of message; and to negotiate additional PR opportunities/events
- Other activities as needed to support the overall growth strategy



## Terms and Assumptions:

1. Term begins January 1, 2019.
2. Term: Twelve months, automatically renewed unless either party provides written notice to the other of termination at least sixty days prior to the expiration of the then current term.
3. Planning, Digital Channel set-up & Analytics fees are fixed. Buying fees are based upon annual spend:

   a. Media Planning
      i. Initial Planning will include design and develop an initial media schematic plan.
      ii. Once initial schematic plans are approved, design and develop full media plan to address clients marketing goals for the relevant period. After presentation of the full year plan, we will provide a revision based upon client input. Fees for initial schematic, full media plan and a revision will be based on client goals/media spend and due 30 days post approval of full year media plan. The fee for planning is $25,025.
      iii. Should SMP request any additional planning or subsequent revisions (such as those based upon budget cut), we will estimate the time involved and present a separate SOW and associated fees for the work requested. Work will only be executed after signed SOW. Fees will be due 30 days post signature.
   b. Media Buying will include placement of all media including Video, Print, Digital Display, Native, Direct marketing, and various Events/Promotions utilizing added value from considered media properties. Payment shall be due within 30 days of the invoice date. Media Buying fees are structured based upon annual spend.
      i. If gross media budget is $500,000 or more, the fee is 19% of Gross media placed
      ii. If gross media budget is less than $500,000, the fee is 20% of Gross media placed
   c. Digital Channel Set-up fees. As it requires substantial time to properly set up each digital channel so that it can track Key Performance Indicators, Agency will install and implement a program for SMP for each approved media channel. Cost is estimated upon initial discussion and scoped out in a separate attached SOW Appendix. Estimates may change based on actual media channels utilized. Work will only be executed after signed SOW. Fees will be due 30 days post signature.
   d. Tracking/Analytics – hillSTORY Media will bill an hourly rate of $175 for Analytics performed and will be issued to SMP on a monthly basis. Cost estimates and scope are provided in a separate attached SOW Appendix. Estimates may change based on actual media channels utilized as well as if robust analytics are required. Monthly analytic fees will be billed quarterly. Payment of these invoices is due within 30 days of the invoice date.
   e. 3rd party Digital Serving on Monthly Basis - If Agency engages a third-party company to traffic or serve digital media, Agency will inform SMP in writing, the expected costs of the proposal and obtain written approval prior to initiation. Any third-party invoices reflecting charges incurred by Agency will be billed to SMP and shall not include any mark-up. Payment of these invoices is due monthly within 30 days of the invoice date.

## Legal Relationship Details

1) Payments

   a) The Client will be solely liable for payment of all vendor invoices until the Agency has been paid by the Client for those invoices. The Agency shall be solely liable for payment of all vendor invoices once the Agency has been paid for those invoices by the Client. Sequential liability is endorsed by the American Association of Advertising Agencies.

2) Legal

   a) The Agency is authorized to enter into media contracts for time or space on behalf of the Client, provided they have written authorization from the Client.

   b) Each party shall not, without the express written permission of the other, reveal or otherwise make available to any other person or entity any confidential information or trade secrets regarding each other's products, services, business, customers, or methods of operation which were derived directly from either party during the term of this SOW, unless required to disclose the same by law or unless such information becomes public through no fault of the other party.

   c) At such time that work that Agency has performed for the Client becomes public, the Client agrees to allow Agency to publicize the work/client name/logo for Agency's benefit unless the work is of a confidential nature or would not project a positive image of the client. Agency agrees that such publicity shall not divulge or compromise any trade secrets or confidential information of the Client.

   d) The Client agrees to reimburse Agency for all expenses, including but not limited to, attorneys' fees and court costs, incurred by Agency with respect to the enforcement of any provision contained herein.

   e) Any dispute arising under this Agreement or the termination of this Agreement may be submitted by either party to arbitration in New York, NY, under the commercial rules of the American Arbitration Association before a single arbitrator. Any award will be enforceable in any court of competent jurisdiction and will not be inconsistent with the terms of this Agreement. The non-prevailing party in any arbitration will be assessed the cost of the prevailing party's reasonable attorneys' fees and expenses.

   f) Neither party shall be deemed in default of this Agreement to the extent that performance of its obligations (other than Client's payment obligations) or attempts to cure any breach are delayed or prevented by reason of any act of God, fire, natural disaster, accident, riots, acts of government, acts of war or terrorism, shortage of materials or supplies, or any other cause beyond the reasonable control of such party.

## Acceptance

The client named below verifies that the terms of this Statement of Work (SOW) are acceptable, and that the party hereto named is acting with the proper authority of his/her company.

**Standard Motor Parts**
_Client company name_

Jay Eckstein
_Full name_

Director Marketing Services
_Title_

_Signature_

2/6/19
_Date_

**hIllSTORY Media**

*Client company name*

**Carol Karpa**

*Full name*

**Managing Partner**

*Title*

*Signature*

**1/25/19**

*Date*


**TFI Envision**

*Client company name*

Elizabeth P. Ball

*Full name*

President

*Title*

*Signature*

1-25-19

*Date*

**Babcox Media**

3550 Embassy Pkwy
Akron, OH 44333
Phone: (330) 670-1234 Fax: (330) 670-7168

TFI Envision/Standard Motor
Elizabeth P Ball

111 Westport Ave
Norwalk, CT 06851

**Thank you for your payment. The following
information provides the details of this transaction.**

| | |
|---|---|
| Transaction : | Sale |
| Date / Time : | 5/30/2019 2:37:06 PM CST |
| Invoice # : | Prepay June Underhood Service |
| Customer # : | 1 |
| PO / Order # : | 1 |
| Card Type : | American Express |
| Card Number : | XXXXXXXXXX2008 |
| Entry Method : | Keyed |
| Total Amount : | 5100.00 |
| Authorization : | Approved - 292535 |

Reference Note:

**Please contact us if you have any questions
or if we can be of further assistance.**



EXHIBIT
A-4

# Babcox Media

## 3550 Embassy Pkwy
Akron, OH 44333
Phone: (330) 670-1234 Fax: (330) 670-7168

TFI Envision/Standard Motor Products
TFI Envision

111 Westport Ave
Norwalk, CT 06851

Thank you for your payment. The following
information provides the details of this transaction.

---

**Transaction :** Sale

**Date / Time :** 4/10/2019 2:46:27 PM CST

**Invoice # :** Prepay May 2019

**Customer # :** 1

**PO / Order # :** 1

**Card Type :** American Express

**Card Number :** XXXXXXXXXXX2008

**Entry Method :** Keyed

**Total Amount :** 5000.00

**Authorization :** Approved - 253569

---

**Reference Note:**   Tomorrow's Tech website

Please contact us if you have any questions
or if we can be of further assistance.

# Babcox Media

## 3550 Embassy Pkwy
### Akron, OH 44333
Phone: (330) 670-1234 Fax: (330) 670-7168

TFI Envision/Standard Motor Products
TFI Envision

111 Westport Ave
Norwalk, CT 06851

**Thank you for your payment. The following
Information provides the details of this transaction.**

| | |
|---|---|
| **Transaction :** | Sale |
| **Date / Time :** | 4/10/2019 2:45:23 PM CST |
| **Invoice # :** | Prepay April 2019 |
| **Customer # :** | 1 |
| **PO / Order # :** | 1 |
| **Card Type :** | American Express |
| **Card Number :** | XXXXXXXXXXX2008 |
| **Entry Method :** | Keyed |
| **Total Amount :** | 1173.00 |
| **Authorization :** | Approved - 279130 |

**Reference Note:**   Import Car eNewsletter

**Please contact us if you have any questions
or if we can be of further assistance.**

**TFI Envision**

**111 Westport Ave**
**Norwalk, CT 06851**

**Thank you for your payment. The following**
**information provides the details of this transaction.**

Transaction : Sale

Date / Time : 5/7/2019 2:48:09 PM CST

Invoice # : 2019-152744

Customer # : 1

PO / Order # : 1

Card Type : American Express

Card Number : XXXXXXXXXXX2008

Entry Method : Keyed

Total Amount : 12750.00

Authorization : Approved - 247665

Reference Note: Counterman

**Please contact us if you have any questions**
**or if we can be of further assistance.**

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| BABCOX MEDIA, INC. | ) | CASE NO. 5:19-cv-01786 |
| | ) | |
| PLAINTIFF, | ) | Judge LIOI |
| vs. | ) | |
| | ) | |
| | ) | **DECLARATION** |
| TFI ENVISION, INC., ET AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |
| | ) | |

I, Jay Eckstein, hereby declare as follows upon my own personal knowledge, pursuant to 28 U.S.C. § 1746:

1. I am the Director of Marketing Services of Standard Motor Products, Inc. ("SMP"), and have personal knowledge of this matter pursuant to my employment.

2. SMP is an independent manufacturer, distributor, and marketer of replacement parts for motor vehicles primarily in the automotive aftermarket industry. SMP was founded in April 1919 and has its principal executive offices located in Long Island City, NY.

3. In the course of advertising its products, SMP works with various advertising companies, such as TFI Envision, Inc. ("TFI"), to create, coordinate and place its advertisements in various print and online automotive industry publications.

4. SMP has worked with Babcox Media, Inc. ("Babcox") of Akron, Ohio for many years, and Babcox has published SMP's advertising in numerous print and electronic media platforms.

5. In 2018, SMP contracted with TFI to place several advertisements for publication in Babcox media platforms. These advertisements were placed by Babcox as required.

6. In order to compensate Babcox for its media services in 2018, SMP sent payments to TFI for Babcox's invoices, with the expectation that TFI would forward SMP's funds to Babcox in payment for the placement of SMP's advertisements.

1

**EXHIBIT**

B

7.   SMP became aware that in 2017 and 2018 TFI had used third party media agencies, including Della Famina and Karpa Diem. SMP was informed by TFI that Karpa Diem merged with an entity known as Hillstory Media ("HillStory"). SMP was made aware that TFI engaged HillStory to assist it with the placement of its advertisements with Babcox; however, SMP continued to make all payments due relating to such advertisements to TFI. .

8.   In early 2019, TFI and Hillstory, acting jointly as the "Agency," provided SMP with a Statement of Work agreement, signed by Elizabeth Ball of TFI and Carol Karpa of Hillstory, whereby TFI and Hillstory were to perform extensive media placement services for SMP for a renewable one year term beginning on January 1, 2019. After SMP learned that neither TFI nor Hillstory had paid Babcox for our orders placed through them in 2018 despite being fully paid by SMP, SMP terminated the Statement of Work agreement for that reason. A true and accurate copy of the joint TFI/Hillstory – SMP Statement of Work agreement is attached hereto as Exhibit 1.

X: _____
Print Name: Jay Eckstein
Title:   Director of Marketing
         Standard Motor Products, Inc.

HILLSTORY | MEDIA                

---

# Statement of Work

|  |  |
|---|---|
| Date | January 25, 2018 |
| Client | Standard Motor Parts |
| Initiative | Media Planning and Buying |
| Requested by | Phil Hutchens |
| From | Elizabeth Ball and Carol Karpa |

---

## Objectives

hillSTORY Media / TFI Envision will develop a 2019 media plan for Standard Motor Parts; as well as purchase, optimize and provide analytics of the approved plan. Fees and Commission will be applied against the media budget.

---

## Project Scope

This SOW covers the following activities and deliverables:

Media Planning and Buying Services - to develop plan to generate awareness of SMP Products. Services may include (as needed):

- General advice and counsel in the media market
- Design and develop a media plan to address SMP's marketing goals
- Negotiation with media outlets on behalf of SMP
- Purchase of selected ad placements
- Confirmation of ad placements
- Payment of ad placements
- Ongoing Optimization of Media
- Regular reporting results to SMP
- Work collaboratively with the larger marketing communications team to insure consistency of message; and to negotiate additional PR opportunities/events
- Other activities as needed to support the overall growth strategy



EXHIBIT

B-1

## Terms and Assumptions:

1. Term begins January 1, 2019.
2. Term: Twelve months, automatically renewed unless either party provides written notice to the other of termination at least sixty days prior to the expiration of the then current term.
3. Planning, Digital Channel set-up & Analytics fees are fixed. Buying fees are based upon annual spend:

   a. Media Planning
      i. Initial Planning will include design and develop an initial media schematic plan.
      ii. Once initial schematic plans are approved, design and develop full media plan to address clients marketing goals for the relevant period. After presentation of the full year plan, we will provide a revision based upon client input. Fees for initial schematic, full media plan and a revision will be based on client goals/ media spend and due 30 days post approval of full year media plan. The fee for planning is $25,025.
      iii. Should SMP request any additional planning or subsequent revisions (such as those based upon budget cut), we will estimate the time involved and present a separate SOW and associated fees for the work requested. Work will only be executed after signed SOW. Fees will be due 30 days post signature.

   b. Media Buying will include placement of all media including Video, Print, Digital Display, Native, Direct marketing, and various Events/Promotions utilizing added value from considered media properties. Payment shall be due within 30 days of the invoice date. Media Buying fees are structured based upon annual spend.
      i. If gross media budget is $500,000 or more, the fee is 19% of Gross media placed
      ii. If gross media budget is less than $500,000, the fee is 20% of Gross media placed

   c. Digital Channel Set-up fees. As it requires substantial time to properly set up each digital channel so that it can track Key Performance Indicators, Agency will install and implement a program for SMP for each approved media channel. Cost is estimated upon initial discussion and scoped out in a separate attached SOW Appendix. Estimates may change based on actual media channels utilized. Work will only be executed after signed SOW. Fees will be due 30 days post signature.

   d. Tracking/Analytics – hillSTORY Media will bill an hourly rate of $175 for Analytics performed and will be issued to SMP on a monthly basis. Cost estimates and scope are provided in a separate attached SOW Appendix. Estimates may change based on actual media channels utilized as well as if robust analytics are required. Monthly analytic fees will be billed quarterly. Payment of these invoices is due within 30 days of the invoice date.

   e. 3rd party Digital Serving on Monthly Basis - If Agency engages a third-party company to traffic or serve digital media, Agency will inform SMP in writing, the expected costs of the proposal and obtain written approval prior to initiation. Any third-party invoices reflecting charges incurred by Agency will be billed to SMP and shall not include any mark-up. Payment of these invoices is due monthly within 30 days of the invoice date.

# Legal Relationship Details

1) Payments

   a) The Client will be solely liable for payment of all vendor invoices until the Agency has been paid by the Client for those invoices. The Agency shall be solely liable for payment of all vendor invoices once the Agency has been paid for those invoices by the Client. Sequential liability is endorsed by the American Association of Advertising Agencies.

2) Legal

   a) The Agency is authorized to enter into media contracts for time or space on behalf of the Client, provided they have written authorization from the Client.

   b) Each party shall not, without the express written permission of the other, reveal or otherwise make available to any other person or entity any confidential information or trade secrets regarding each other's products, services, business, customers, or methods of operation which were derived directly from either party during the term of this SOW, unless required to disclose the same by law or unless such information becomes public through no fault of the other party.

   c) At such time that work that Agency has performed for the Client becomes public, the Client agrees to allow Agency to publicize the work/client name/logo for Agency's benefit unless the work is of a confidential nature or would not project a positive image of the client. Agency agrees that such publicity shall not divulge or compromise any trade secrets or confidential information of the Client.

   d) The Client agrees to reimburse Agency for all expenses, including but not limited to, attorneys' fees and court costs, incurred by Agency with respect to the enforcement of any provision contained herein.

   e) Any dispute arising under this Agreement or the termination of this Agreement may be submitted by either party to arbitration in New York, NY, under the commercial rules of the American Arbitration Association before a single arbitrator. Any award will be enforceable in any court of competent jurisdiction and will not be inconsistent with the terms of this Agreement. The non-prevailing party in any arbitration will be assessed the cost of the prevailing party's reasonable attorneys' fees and expenses.

   f) Neither party shall be deemed in default of this Agreement to the extent that performance of its obligations (other than Client's payment obligations) or attempts to cure any breach are delayed or prevented by reason of any act of God, fire, natural disaster, accident, riots, acts of government, acts of war or terrorism, shortage of materials or supplies, or any other cause beyond the reasonable control of such party.

---

## Acceptance

The client named below verifies that the terms of this Statement of Work (SOW) are acceptable, and that the party hereto named is acting with the proper authority of his/her company.

Standard Motor Parts
Client company name

JAY ECKSTEIN
Full name

Director Marketing Services
Title

*[signature]*
Signature

2/6/19
Date

**hIIISTORY Media**
_____
*Client company name*

**Carol Karpa**
_____
*Full name*

**Managing Partner**
_____
*Title*

*[signature]*
_____
*Signature*

**1/25/19**
_____
*Date*


**TFI Envision**
_____
*Client company name*

Elizabeth P. Ball
_____
*Full name*

President
_____
*Title*

*[signature]*
_____
*Signature*

1-25-19
_____
*Date*